# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

LIBERTY OILFIELD SERVICES LLC    §
                                §
       *Plaintiff,*            §
                                §
v.                                   §            C.A. NO. 4:26-CV-319
                                §
BERKLEY NATIONAL INSURANCE    §
COMPANY,                          §
                                §
       *Defendant*.        §

---

## NOTICE OF REMOVAL
## EXHIBIT B

---

## STATE COURT PLEADINGS

# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone 512-463-1662
Dial 7-1-1 For Relay Services
www sos texas gov

Jane Nelson
Secretary of State

December 16, 2025

| 2026-387495-1 |
| --- |
| Include reference number in all correspondence |

Berkley National Insurance Company
Registered Agent Michelle Rodemyer
11201 Douglas Ave
Urbandale, IA 50322

RE:   Liberty Oilfield Services LLC vs Berkley National Insurance Company
157th Judicial District Court Of Harris County, Texas
Cause No. 202586379

Dear Sir/Madam,

Pursuant to the Laws of Texas, we forward herewith by CERTIFIED MAIL, return receipt requested, a copy of the process received by the Secretary of State of the State of Texas on November 14, 2025.

CERTIFIED MAIL #71901046470101958720

Refer inquiries to:

David Taubenfeld
Haynes and Boone, LLP
2801 N. Hardwood St., Suite 2300
Dallas, TX 75201

Sincerely,

Service of Process
Government Filings
GF/mb
Enclosure

CAUSE NO. 202586379

COPY OF PLEADING PROVIDED BY PLT

1043613

RECEIPT NO.

TRACKING NO: 74573009

| Plaintiff: | In The 157thJudicial District |
| LIBERTY OILFIELD SERVICES LLC | Court of Harris County, TX |
| vs. | |
| Defendant: | |
| BERKLEY NATIONAL INSURANCE COMPANY | Houston, Texas |

## CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To:   BERKLEY NATIONAL INSURANCE COMPANY BY SERVING THROUGH THE TEXAS SECRETARY OF STATE
JAMES E RUDDER BUILIDING
1019 BRAZOS STREET ROOM 105 AUSTIN TEXAS 78701
FORWARD TO: REGISTERED AGENT IN STATE OF IOWA MICHELLE RODEMYER
    11201 DOUGLAS AVE, URBANDALE IA 50322

    Attached is a copy of ORIGINAL PETITION.

This instrument was filed on November 12, 2025 in the above cited cause number and court.
The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued onNovember 13, 2025, under my hand and seal of said court.

Issued at the request of:
TAUBENFELD, DAVID ROSS NOEL
2323 VICTORY AVE. SUITE 700
DALLAS, TX  75219-3789
214-651-5531
Bar Number: 19679450



*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline,  Houston TX 77002
(POBox 4651, Houston, TX 77210)

Generated By:

387495

SEC OF STATE-RECEIVED
NOV 14 '25 AM 10:35

CAUSE NUMBER 202586379

| | |
|---|---|
| PLAINTIFF LIBERTY OILFIELD SERVICES LLC | In the 157th |
| vs. | Judicial District Court of |
| DEFENDANT. BERKLEY NATIONAL INSURANCE COMPANY | Harris County, Texas |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M on the _____ day of _____,

20_____ Executed at

Address)_____ in

_____ County at o'clock ____.M. on the _____ day of

_____, 20_____, by Summoning the

_____ Delivering to

_____in person a corporation By leaving in the

principal office during office hours_____ of the

said_____ a true copy of this notice, together with

accompanying copy of _____To certify which I

affix my hand officially this _____day of _____, 20___

Fees $_____

_____                By_____
                Affiant                                                         Deputy

On this day, _____, known to me to be the
person whose signature appears on the foregoing return, personally appeared. After being by
me duly sworn, he/she stated that this citation was executed by him/her in the exact manner
recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20___

_____
                                                        Notary Public

CAUSE NO. _____

| | | |
|---|---|---|
| LIBERTY OILFIELD SERVICES LLC, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| BERKLEY NATIONAL INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| *Defendant.* | § | |
| | § | ___ JUDICIAL DISTRICT |

## LIBERTY OILFIELD SERVICES LLC'S ORIGINAL
## PETITION AGAINST BERKLEY NATIONAL INSURANCE COMPANY

Plaintiff Liberty Oilfield Services LLC ("Liberty") files its Original Petition against Defendant Berkley National Insurance Company ("Berkley") as follows:

### I.    SUMMARY

1      This action asserts breach of contract claims and a bad faith denial of insurance claim against Berkley. All claims arise from Berkley's failure to provide Liberty and Liberty's Indemnitee with insurance coverage in connection with a personal injury lawsuit currently pending in Harris County, Texas.

2.     Liberty purchased Commercial General Liability Policy No. EGl003475113 from Berkley for the policy period of September 1, 2022 through September 1, 2023 (the "Policy").

3.     The General Liability Policy promises, among other things, to pay "the amounts that an Insured becomes legally obliged to pay as damages because of Bodily Injury or Property Damage caused by an Occurrence to which this policy applies."

4.     OXY USA, Inc. ("Occidental" or "Liberty's Indemnitee") is an Insured under the Policy's Additional Insured provision, covering "any person or organization whom You have

agreed in written contract or written agreement to add as an Additional Insured on Your policy or to provide liability insurance for   ''

5      The Policy also covers Liberty with respect to Liberty's obligation to indemnify Occidental. Thus, Occidental is an insured under the Policy as an Additional Insured, and Liberty is also an insured under the policy with respect to the Despres claim because of its obligation to indemnify Occidental.

6.     Occidental Petroleum Corporation (an Affiliate of Occidental under the Liberty MSA) has been sued in a lawsuit captioned *Shawn Despres v Romell Bateman et al*; Cause No. 2023-28663 in the 127th District Court of Harris County, Texas filed on May 9, 2023, (the "Despres Lawsuit"). Therein, plaintiff Shawn Despres ("Despres") alleges damages for Bodily Injury and asserts negligence and gross negligence claims against Occidental related to an incident at a worksite outside Midland, Texas, on December 2, 2022  Trial is set for December 1, 2025.

7      The lawsuit alleges, in relevant part, that on December 2, 2022, Romell Bateman ("Bateman")—the owner of Prime Energy Services, LLC—approached Despres while at the worksite and battered Despres, who was a subcontractor for Liberty at the time.

8.     Occidental tendered all claims against it in the Despres Lawsuit to Liberty, asserting that they fall within the scope of Liberty's defense, indemnity, and insurance obligations to Occidental under a Master Service Agreement executed by and between Liberty (as Contractor or Contractor Group) and Occidental (as Company or Company Group), effective December 1, 2020 (the "Liberty MSA"). The Liberty MSA is incorporated by reference and attached to the Plaintiff's Original Petition as **Exhibit A**

9.     Specifically, pursuant to Section 13 of the Liberty MSA Liberty agreed to "release, protect, defend, indemnify, and hold harmless Company Group from and against any and all

Claims and Losses arising out of or related to any .. personal or bodily injury or disability of any member of Contractor Group, arising out of or related to the Work" performed under the Liberty MSA

10. Company Group includes the Affiliates of OXY USA. Inc. and Occidental Petroleum Corporation is an affiliate of Occidental because the entities share common ownership and the Liberty MSA defines Affiliates as "with respect to any Person, any Person that is directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with, such first Person."

11. Separately, and in addition, the Liberty MSA requires Occidental to be listed as an additional insured under the Policy.

12. Berkley is required to defend and indemnify Occidental pursuant to Occidental's status as an additional insured under the Policy.

13. By letter on March 11, 2025, Berkley denied any obligation to defend or indemnify Occidental from claims in the Despres Lawsuit. Berkley's March 11, 2025 letter is attached as **Exhibit B**

14. In doing so, Berkley relied on an Abuse or Molestation Exclusion in the Policy, stating that because Bateman battered Despres—and because Bateman was under the control of Liberty—the exclusion bars coverage under the policy, including any indemnification obligation that Liberty may owe to Occidental.

15. The Abuse or Molestation Exclusion states the Policy does not apply to "the actual, alleged, suspected or threatened Abuse or molestation by anyone of any person while in the care, custody or control of any insured, or the negligent: (1) Employment, (2) Investigation; (3) Supervision; (4) Reporting to the proper authorities, or failure to so report; or (5) Retention; of a

person for whom any Insured is or ever was legally responsible and whose conduct would be excluded in Paragraph a

16. Under the Policy, Abuse means an act which is committed with the intent to cause harm.

17. By letter response on March 18, 2025, Liberty established for Berkley that Bateman was not and never had been in the care, custody, or control of Liberty, as borne out by the language of the MSA and facts at hand.

18. After a more than five-month delay, Berkley responded on August 22, 2025. In its August letter, Berkley reaffirmed its erroneous denial posture. while making a complete turnabout as to the basis for its denial. Berkley then sought to disclaim its obligations under the Policy solely on the basis that, because *Despres* (not *Bateman*) was in the care. custody, or control of Liberty, the Abuse or Molestation Exclusion applies Berkley's August 22, 2025 letter is attached as **Exhibit C**.

19. As the language of the Master Services Agreement between Despres' employer— Triple S Express LLC d/b/a Coast 2 Coast Logistics, Inc.—and Liberty (the "C2C MSA") establishes, Despres was not in and never had been in the care, custody, or control of Liberty. The C2C MSA is attached as **Exhibit D**.

20. The C2C MSA clearly denies any control over Despres by Liberty, Section 4 of the MSA provides:

> 4. **Carrier shall perform the Services as an independent contractor and nothing herein shall be constructed to be inconsistent with this relationship or status or create the relationship of employer and employee, master and servant or principal and agent**. Carrier is not an agent of Company and shall have no authority to bind or commit Company in any manner whatsoever ... **Company shall have no direction or control over Carrier or its employees and agents except in the results to be obtained**. (Emphasis added.)

21.    The allegations in the Despres lawsuit, coupled with the language of the C2C MSA, simply do not support Berkley's use of the Abuse or Molestation Exclusion and Berkley had no reasonable basis to deny coverage, either at the time of its initial denial, or at the time of its revised coverage denial.

22.    It is impossible to reconcile the express wishes of the parties in the C2C MSA, with Berkley's claim that Despres was within the control of Liberty at the time of the incident. The worksite did not belong to Liberty, the C2C MSA explicates that C2C was and is an independent contractor, and "[Liberty] shall have no direction or control over [C2C] or its employees and agents except in the results to be obtained."

23.    Moreover, there are no allegations in the Despres Lawsuit nor evidence that Liberty did anything negligently.  There are no allegations nor evidence to indicate that Liberty (1) Employed; (2) Investigated; (3) Supervised; Reported to authorities, nor failed to report; nor (5) retained Bateman at any time, nor is there allegation or evidence that Liberty was legally responsible for Bateman's conduct.

24.    Berkley's apparent argument that "control" of Despres exists merely because C2C was Liberty's subcontractor runs afoul of Texas law and of logic as well.  The Policies' language "Anyone while in the care, custody or control of [Liberty]" does not automatically include all of Liberty's subcontractors, and there are no allegations and no facts that provide the missing "control" that Berkley needs to support its denial.

## II.    DISCOVERY CONTROL PLAN

22.    Liberty seeks discovery under Level 3 of Texas Rule of Civil Procedure 190.

## III.    CLAIM FOR RELIEF

23.    Liberty seeks monetary relief over $1,000,000.

## IV. PARTIES

24 Plaintiff Liberty Oilfield Services LLC is a Delaware Limited Liability Company with its principal place of business at 950 17th St . Ste. 2400. Denver, Colorado, 80202.

25 Defendant Berkley National Insurance Company is an Iowa Corporation with its principal place of business at 11201 Douglas Ave. Urbandale, Iowa. Berkley National Insurance Company does not currently have a Registered Agent for service of process in Texas, according to public information available on the Texas Secretary of State's website. Texas Business & Commerce Code Section 5 251(1)(A), therefore permits service of Berkley National Insurance Company through the Secretary of State's office at James E. Rudder Building, 1019 Brazos Street, Room 105, Austin, Texas 78701. Defendant Berkley National Insurance Company may be served through its registered agent for service in the state of Iowa, Michelle Rodemyer, 11201 Douglas Ave, Urbandale, Iowa 50322.

## V. JURISDICTION AND VENUE

26 This Court has jurisdiction over this action because the amount in controversy exceeds this Court's minimum jurisdictional requirements Venue is appropriate in Harris County, Texas, pursuant to Texas Civil Practice & Remedies Code Section 15 002(a)(1) because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas. Additionally, venue is appropriate in Harris County, Texas, because Plaintiff's claims against Defendant arise out of a written contract, which provides that venue for any disputes arising out of the contract shall lie in Texas.

27. This Court has personal jurisdiction over Defendant because Berkley has engaged in business in Texas by contracting with a Texas resident. This Court has personal jurisdiction over the parties because the contracts were executed, performed, or were to be performed in whole or

in part in Texas by the parties. Further, this Court has personal jurisdiction over Berkley because the parties executed a valid insurance contract in Texas.

## VI. BACKGROUND

28. **Factual Background.** This case arises out of injuries Shawn Despres sustained when Romell Bateman approached Despres while at an Occidental worksite in Texas and struck Despres. As a result of the injuries Despres allegedly sustained during the altercation, Despres has asserted negligence and gross negligence claims against Occidental Petroleum Corporation and others.

29. Occidental, as Liberty's Indemnitee, tendered the claims asserted against it in the Despres lawsuit to Liberty by letter on June 6, 2024.

30. Despres was employed by Triple S Express LLC d/b/a Coast 2 Coast Logistics, Inc. ("C2C") at the time of the incident, operating as a subcontractor for Liberty while at the Occidental worksite. Liberty had separately entered into Master Services Agreements with both C2C and Occidental.

31. **Berkley Has Not Contested that the Liberty MSA's Indemnity Provisions Cover the Claims Against Occidental.** Occidental has asserted that the Liberty MSA mandates that Liberty indemnify Occidental for, *inter alia*, the allegations in the Despres Lawsuit.

32. Berkley also does not contest Occidental's status as an additional insured under the Policy.

33. At the time of the incident, Berkley provided general liability coverage to Liberty under a policy titled Commercial General Liability Policy No. EGL003475113, effective September 1, 2022, to September 1, 2023, which is incorporated by reference and attached to the Plaintiff's Original Petition as **Exhibit E.**

34     The General Liability Policy confirms that Occidental is an additional insured pursuant to the written agreement regarding the same in the Liberty MSA·

35     The General Liability Policy provides that Berkley will indemnify and defend Occidental against any claim or suit seeking damages for personal injury

36.    Liberty is also an insured under the Liberty Policy. Liberty's obligation to indemnify Occidental is covered by and insured under the Liberty Policy. As such, any indemnity that might be owed by Liberty to Occidental is also covered under the Policy.

37     **Berkley Denies Coverage on the Basis That Romell Bateman Was in the Care, Custody, Or Control of Liberty.** After the Despres Lawsuit was filed on May 9, 2023, Occidental properly tendered its defense and indemnity demand to Liberty on June 6, 2024.

38.    Berkley originally denies coverage on the grounds that Bateman was in the care, custody, or control of Liberty—thereby triggering the Abuse or Molestation Exclusion—by letter on March 11, 2025.

39     **Berkley Makes A 180-Turn as to the Basis of Its Denial.** On August 22, 2025, Berkley sent a letter to Liberty advising that is coverage denial stands but advising that the Abuse or Molestation Exclusion was actually triggered by *Despres'* being in Liberty's care, custody, or control, and <u>not</u> *Bateman's*.

40.    Berkley's position is refuted by the express terms of the C2C MSA, and the Despres Lawsuit itself.

41.    First, Section 4 of the C2C MSA provides that C2C shall not be considered, for any purposes, to be an employee or agent of Liberty.

42 Second the Despres lawsuit contains no allegations nor evidence that Liberty actually exercised control over Despres in any way

43 Third, to the extent that Berkley argues its mistaken point in its initial March 11, 2025 letter, the lawsuit contains no allegations nor evidence that Liberty did anything negligently and there are no allegations nor evidence that Liberty (1) Employed; (2) Investigated; (3) Supervised; (4) Reported to authorities, nor failed to so report; nor (5) retained Mr Bateman at any time

44 And, there are no allegations nor evidence in the Despres Lawsuit to indicate that Liberty was legally responsible at any time for Bateman's conduct

45. Berkley's attempts to avoid its coverage obligations were made without any reasonable basis, and even in tension with one another Despres was never in the care, custody, or control of Liberty, and therefore Berkley owes Occidental a defense as an additional insured under the Policy Further, any indemnity obligation that Liberty might owe to Occidental would also be covered by the Policy.

## VII. CAUSES OF ACTION

### A. Count 1—Breach of Contract (Berkley)

47 Liberty repeats, realleges, and incorporates by reference each and every allegation and averment set forth in the above paragraphs with the same force and effect as if the same were more fully set forth herein.

48. Section 14.1 of the Liberty MSA, executed by and between Liberty and Occidental, effective December 1, 2020, requires Occidental to be listed as an additional insured under the insurance policies Liberty was required to maintain under the contract. Thus, at the time of the incident, Occidental was an additional insured under the Policy issued by Berkley to Liberty, titled

in full Commercial General Liability Policy No. EGL0034751123, effective September 1, 2022 through September 1, 2023

49. Berkley owes Occidental defense and indemnity obligations for the Despres Lawsuit pursuant to Section II(A) of the Policy When Berkley denied its coverage obligations by letter on March 11, 2025, Berkley breached Section II(A) of the Policy. This breach damaged Liberty to the same extent it damaged Occidental, because when Berkley breached the policy, Liberty's indemnity obligations were invoked.

50. Further, Berkley owes Occidental defense obligations for the Despres Lawsuit pursuant to Section II(E) Berkley breached Section II(E) of the Policy when it issued its coverage denial This breach damaged Liberty to the same extent it damaged Occidental, because when Berkley breached, Liberty's indemnification obligations were invoked.

51. Further, Berkley owes Liberty coverage for Liberty's obligation to indemnify Occidental Berkley has breached this obligation and Liberty has and will continue to suffer damages to the extent of its obligations to indemnify Occidental.

B. **Count 2—Bad Faith Denial of Insurance Coverage (Berkley)**

51. Liberty repeats, realleges, and incorporates by reference each and every allegation and averment set forth in the above paragraphs with the same force and effect as if the same were more fully set forth herein.

52 Berkley had no reasonable basis to deny Occidental defense and indemnity on March 11, 2025, nor on August 22, 2025. Berkley knew or should have known that it had no reasonable basis to deny Occidental defense and indemnity.

53. Berkley's stated basis relies exclusively on the fact that Despres was in the care, custody, or control of Liberty at the time of the incident and is unreasonable on its face. Berkley's

misguided logic is that simply because Despres' employer, C2C, was a subcontractor of Liberty's at the time of the incident, Despres was within the care, custody, or control of Liberty, which means that the Abuse or Molestation Exclusion applies to bar coverage. In light of the Liberty MSA's terms, Berkley's position is not only unreasonable, but absurd.

54      Section 4 of the C2C MSA unambiguously provides that C2C (and Despres) shall not be considered, for any purpose, to be an employee or agent of Liberty, and there are no allegations of an act by Liberty whereby Liberty actually exercised control over Despres.

55.     As a result of Berkley's breaches, Liberty has incurred and will incur significant financial damages, including, but not limited to, the cost of the defense of the Despres Lawsuit and attorney's fees incurred in bringing the claims flowing from Berkley's breach of its Policies asserted herein. Liberty's damages will increase significantly if Berkley continues to disregard its contractual obligations.

### VIII.  CONDITIONS PRECEDENT

56      All conditions precedent have been performed or have occurred.

### IX.  JURY DEMAND

57.     Liberty respectfully demands a trial by jury on all claims.

### X.  ATTORNEY'S FEES

58.     Due to the actions or omissions of Berkley, Plaintiff Liberty has been required to retain the services of the law firm Haynes and Boone, L.L.P of Dallas, Texas. Plaintiff has agreed to pay Haynes and Boone a reasonable fee for its services necessarily rendered and to be rendered in this action. Pursuant to § 38.001 of the Texas Practices & Remedies Code, Liberty is entitled to recover reasonable and necessary attorney's fees against Berkley in an amount to be established at trial.

## XI.  PRAYER

For the reasons set forth in this Original Petition, Liberty prays that the Court issue citation to Berkley to appear, and grant the relief requested herein along with such other and further relief, at law and in equity, to which Liberty may show itself justly entitled, including, but not limited to, damages within the jurisdictional limits of this Court, together with pre- and post-judgment interest as allowed by law.

Dated. November 12, 2025

Respectfully submitted,

*/s/ David Taubenfeld*
David Taubenfeld
State Bar No  19679450
David Taubenfeld@haynesboone com
Jacob S  Todd
State Bar No  24144403
Jake.Todd@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Telecopier. (214) 651-5940

**ATTORNEYS FOR PLAINTIFF LIBERTY OILFIELD SERVICES LLC**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below  The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules

Casey McGovern on behalf of David Taubenfeld
Bar No. 19679450
Casey.McGovern@haynesboone com
Envelope ID  107995835
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 11/13/2025 9:29 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Taubenfeld | | david taubenfeld@haynesboone com | 11/13/2025 9 20 58 AM | SENT |
| Jake Todd | | jake todd@haynesboone com | 11/13/2025 9 20 58 AM | SENT |

# EXHIBIT A

DocuSign Envelope ID  A2D71E1D-7AB9-4929-AA45-4DB1AEB17072



# MASTER SERVICES AGREEMENT

This **MASTER SERVICES AGREEMENT No. CW2265923** (this "MSA" or "Agreement") is effective as of ___12/1/2020 ("Effective Date") by and between Contractor and Company, both of which may hereinafter be referred to individually as a "Party" or collectively as the "Parties".

All Exhibits referenced in the Table of Exhibits below are hereby incorporated into and made a part of this Agreement by reference hereto, and by signature below  Contractor acknowledges receipt of all listed Exhibits

ISSUED TO ("Contractor")                                      ISSUED BY ("Company")

**Liberty Oilfield Services LLC**                              **OXY USA Inc.**
and such of its Affiliates as may execute Commercial          and such of its Affiliates as may execute Commercial
Terms incorporating this Agreement by reference               Terms incorporating this Agreement by reference

**Physical Address: 950 17ᵗʰ St. Suite 2400**                 **Physical Address: 5 Greenway Plaza, Suite 110**
                   **Denver, CO 80202**                                          **Houston, TX 77046**
**Mailing Address**  Same as above                           **Mailing Address**  Same as above
**Phone No.:** 303-515-2800                                  **Phone No.:** 713-215-7000
**Fax No.:** 303-515-2880                                    **Fax No.:**

**IN WITNESS HEREOF**, the Parties have executed this Agreement effective as of the date first above written

| Contractor | | Company | |
|---|---|---|---|
| By | _Sean Elliot_ (DocuSigned by) 1C5D011E371140F | By | _Ludwing E Franco_ (DocuSigned by) B58158BDFC4F436 |
| Printed Name: | Sean Elliot | Printed Name | Ludwing E Franco |
| Title: | Vice President and GC | Title | Permian D&C Strategic Sourcing Manager |
| Date | 12/8/2020 | Date | 12/8/2020 |

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

## TABLE OF CONTENTS

| SECTION | DESCRIPTION |
|---------|-------------|
| 1 | DEFINITIONS, RULES OF CONSTRUCTION |
| 2 | EXPRESS TERMS |
| 3 | ACCEPTANCE |
| 4 | INDEPENDENT CONTRACTOR |
| 5 | MATERIALS AND EQUIPMENT |
| 6 | SERVICES |
| 7 | CONSIDERATION, INVOICING AND PAYMENT |
| 8 | INTELLECTUAL PROPERTY AND CONFIDENTIAL INFORMATION |
| 9 | TERMINATION |
| 10 | FORCE MAJEURE |
| 11 | LIENS |
| 12 | HEALTH, ENVIRONMENT, AND SAFETY |
| 13 | INDEMNITY |
| 14 | INSURANCE |
| 15 | TAXES |
| 16 | AUDIT |
| 17 | NOTICE |
| 18 | ANTI-KICKBACK |
| 19 | ASSIGNMENT |
| 20 | CHOICE OF LAW |
| 21 | REMEDIES CUMULATIVE, NO WAIVERS |
| 22 | CONTINUING OBLIGATIONS |
| 23 | CONSEQUENTIAL DAMAGES |
| 24 | COMPLIANCE WITH LAWS AND COMPANY POLICIES |

## Table of Exhibits

| Exhibit | Description |
|---------|-------------|
| A | Form of Commercial Terms |
| B | Invoicing Requirements |
| C | Occidental Oil and Gas Corporation Minimum Health, Environment, and Safety Requirements |
| D | Occidental Oil and Gas Corporation Drugs, Alcohol, and Controlled Substances Requirements |
| E | Occidental Oil and Gas Corporation Surveillance Technology Guidelines |
| F | Cybersecurity Requirements |
| G | International Requirements |

DocuSign Envelope ID  A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

## 1. DEFINITIONS; RULES OF CONSTRUCTION:

The terms set forth below shall have the meanings ascribed to them in this Section or in the part of this Agreement referenced below

1 1 "Affiliate(s)" shall mean, with respect to any Person, any other Person that directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with, such first Person, for which purposes "control" shall mean the ability to direct the management or policies of a Person through (a) beneficial ownership of 50% or more of the voting shares or other securities of a Person, (b) its position as general partner of a limited partnership, (c) its position as the manager of a limited liability company, (d) through a written agreement, or (e) by being a party in a joint venture

1 2 "Agreement" shall mean (a) this Master Services Agreement and its Exhibits, and (b) the applicable Commercial Terms with respect to any specific Work accepted by Company and Contractor

1 3 "Claims and Losses" shall mean any and all costs (including reasonable attorneys' fees and other costs of arbitration, litigation, defense, or settlement), expenses, claims (including claims for indemnification under other contracts, agreements, or arrangements, and claims under arbitration), demands, damages, injunctions, orders, awards, settlements, losses, liabilities, liens, encumbrances, and causes of action, of every kind and character, related to the Work performed under this Agreement, including any of the foregoing arising out of or related to any Governmental Requirements

1 4 "Code" shall mean Occidental Petroleum Corporation's Code of Business Conduct

1 5 "Commercial Terms" shall mean the agreement regarding specific Work accepted by Company and Contractor, which shall be in writing and may be in the form attached hereto as Exhibit A or a purchase, service or work order, and shall establish, among other things, the relevant scope of Work, the term of duration of the Work and the resulting compensation due to Contractor.

1 6 "Company" shall have the meaning as set forth on the first page hereto

1 7 "Company Confidential Information" shall mean all Deliverables and other information (including all oral and visual information, and all information recorded in writing or electronically, or in any other medium or by any other method) (a) relating to Company's operations, facilities, processes, plans, intentions, product information, know-how, designs, trade secrets, software, market opportunities or business affairs relating to the Work, this MSA or any Commercial Terms, (b) ascertainable by the inspection or analysis of samples, (c) relating to wells or reservoirs (including without limitation geological data, geophysical data, logging data, depth, formation penetrated, coring, testing and survey results), which is disclosed to Contractor by Company, obtained by Contractor from Company or a Third Party acting on Company's behalf, or generated by Contractor in the course of performance of the Work, or (d) relating to the terms and provisions of this Agreement, and all of the discussions, conversations and negotiations leading to the execution and performance of this Agreement  The term Company Confidential Information shall be deemed not to include information that, as shown by written or electronic evidence of Contractor: (1) is already known to Contractor prior to Contractor performing any Work for Company and is not otherwise governed by a confidentiality obligation, (2) is already in possession of the public or becomes available to the public other than through the act or omission of Contractor, (3) is acquired independently by Contractor from a Third Party that has the right to disseminate such information at the time it is acquired by Contractor, or (4) is developed by Contractor independently of Company Confidential Information, other than Deliverables

1 8 "Company Default" shall have the meaning as set forth in Section 9 3.

1 9 "Company Group" shall mean Company and its Affiliates, its and their joint venturers, joint interest owners, co-owners, co-lessees, contractors of any tier (other than Contractor Group), partners, if any, and their respective directors, officers, employees, agents, subcontractors, and representatives, and any heirs, successors, and assigns of any of the above

1.10 "Confidential Information" shall mean Company Confidential Information or Contractor Confidential Information, as applicable

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

1 11     "Contractor" shall have the meaning as set forth on the first page hereto

1 12     "Contractor Confidential Information" shall mean all of Contractor's technical and other proprietary business information provided to Company or to which Company is given access by Contractor in connection with Contractor's performance of the Work and which does not to include Deliverables or information that, as shown by written or electronic evidence: (a) is already known to Company prior to Contractor performing any Work for Company and is not otherwise governed by a confidentiality obligation, (b) is already in possession of the public or becomes available to the public other than through the act or omission of Company, (c) is acquired independently by Company from a Person that has the right to disseminate such information at the time acquired by Company, or (d) is developed by Company independently of Contractor Confidential Information

1 13     "Contractor Default" shall have the meaning as set forth in Section 9 2

1 14     "Contractor Group" shall mean Contractor and its Affiliates, its and their joint venturers, joint interest owners, co-owners, co-lessees, subcontractors of any tier, partners, if any, and their respective directors, officers, employees, agents, subcontractors, and representatives, and any heirs, successors, and assigns of any of the above

1 15     "Core Company Group" means Company and its Affiliates, and its and their respective directors, officers, employees, agents, and representatives, and any heirs, successors, and assigns of any of the preceding

1 16     "Core Contractor Group" means Contractor and its Affiliates, and its and their respective directors, officers, employees, agents, and representatives, and any heirs, successors, and assigns of any of the preceding

1 17     "Defective" shall mean, with respect to any portion of the Work, when such Work is not in conformance with the provisions, specifications, or express written requirements of Company

1 18     "Deliverables" shall mean all work product and all related written reports, requirements and design documents (including newly created technical and non-technical data embodied therein), specifications, drawings, custom tooling, dies, patterns, blueprints, tracings, diagrams, models, samples, software programs, flow charts, notes, technical data, compilations, outlines and other similar documents and materials (including all intermediate versions and derivative works therefrom solely to the extent such works are identified and explicitly set forth in the applicable Work Order), that are developed, authored, conceived, originated, prepared or otherwise created by or on behalf of Contractor as a result of the relationship created under this Agreement and the Work to be performed pursuant hereto, along with all related Intellectual Property Rights, solely to the extent such Deliverables are explicitly set forth as deliverables in the related Commercial Terms and created at the express request and solely on behalf of Company

1 19     "DOT" shall mean the United States Department of Transportation

1 20     "Effective Date" shall have the meaning set forth in the preamble to this MSA.

1 21     "Force Majeure" shall mean any event reasonably beyond the control of the Party claiming Force Majeure and without the fault or negligence of such Party, and is limited to the following natural disasters including, but not limited to, floods and named storms directly impacting the Work, any strike or labor dispute (excluding strikes or labor disputes involving only employees or staff of Contractor Group), explosions and fires not caused by Contractor Group, riots, governmental actions, acts of terrorism, or war Subject to the foregoing, Force Majeure shall expressly not include any of the following (a) late delivery of Work to be provided, (b) normal wear and tear, random flaws, or breakdowns in Materials and Equipment used by Contractor Group in the performance of its obligations under this MSA and the relevant Commercial Terms, (c) weather conditions, including storms, rain, snow, and precipitation (other than floods and named storms directly impacting the Work), (d) late arrival or lack of availability of personnel, and (e) late payment by Company to Contractor for Work performed hereunder

1 22     "Governmental Entity" shall mean, whether domestic or foreign, any federal, state, local, municipal, or other such entity, and any political subdivision thereof; any governmental, regulatory, or administrative agency, department, commission, ministry, body, board, bureau, instrumentality, or other authority exercising or entitled to exercise any administrative, executive, judicial, legislative, police, regulatory, or taxing authority or

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

power, and any court or governmental or administrative or regulatory tribunal, of the state of the United States or country where the Work is performed pursuant to this Agreement

1 23 "Governmental Requirement" shall mean any and all applicable laws, rules and regulations, statutes, ordinances, licenses, permits, franchises, orders, exemptions, variances, directives, waivers, authorizations, certificates, consents, rights, privileges and applications therefor, decrees, writs, injunctions, codes, judgments, rules or regulations promulgated, issued, or enacted by a Governmental Entity, including any judicial or regulatory interpretations of any of the foregoing

1 24 "Gross Negligence" shall mean any act or failure to act which, in addition to constituting negligence, was in reckless disregard of or wanton indifference to the consequences of such act or failure to act

1 25 "Hazardous Materials" shall mean (a) any petroleum or petroleum products or wastes, explosives, radioactive materials, asbestos in any form that is or could become friable, urea formaldehyde foam insulation, polychlorinated biphenyls (PCBs), and naturally occurring radioactive materials, (b) any chemicals, pollutants, contaminants, wastes, degradation by-products, toxic substances or other materials or substances which are now or hereafter become defined as or included in the definition of "hazardous substances," "hazardous wastes," "hazardous materials," "extremely hazardous wastes," "restricted hazardous wastes," "dangerous waste", "toxic substances," "toxic pollutants," "toxic waste", "special waste," "contaminants" and "pollutants" or words of similar import as defined in or identified under any Governmental Requirement, and (c) any other chemical, element, compound, or other material or substance, exposure to which or use of which is now or hereafter prohibited, limited, or regulated under any Governmental Requirement or Company's environmental policies and procedures applicable to Contractor's performance of the Work under this Agreement.

1 26 "HES" is the acronym for "Health, Environment, and Safety" and shall mean the functional areas of occupational health, industrial hygiene, environmental protection, remediation, safety, process safety, transportation and pipeline safety, and management of risks pertaining to the foregoing areas

1 27 "Indemnified Party" shall have the meaning as set forth in Section 13 8 herein.

1.28 "Indemnifying Party" shall have the meaning as set forth in Section 13 8 herein

1.29 "Intellectual Property Right(s)" shall mean all inventions, discoveries, concepts or ideas and expressions thereof, patents, copyrights, trade secrets, trade names, know-how, intellectual property, software, shop rights, moral rights, licenses, developments, research data, designs, processes, formulas, and other intangible proprietary or property rights, whether or not patentable (or otherwise subject to legally enforceable restrictions or protections against unauthorized Third Party usage), and any and all applications for, and extensions, divisions, and reissuances of, any of the foregoing, and rights therein, and whether arising by statute or common law

1.30 "Materials and Equipment" shall mean all materials, equipment, facilities, machinery, apparatuses, instruments, appliances, tools, spare parts, consumables, software programs and supplies required to perform the Work

1 31 "MSA" shall mean this Master Services Agreement and its Exhibits

1 32 "OSHA" shall mean the Occupational Safety and Health Administration created by the Occupational Safety and Health Act of 1970, as amended This is an agency of the US Government that oversees worker's safety and health

1 33 "Party" and "Parties" shall mean Contractor and Company individually and collectively

1 34 "Person" shall mean any individual, firm, partnership, corporation, limited liability company, master limited partnership, association, joint stock company, trust, joint venture, unincorporated organization or any other legal entity

1 35 "Records" shall mean a true and correct set of records kept in the ordinary course of business or as required by this Agreement, including accounts, invoices, tickets and any other documents in connection with Contractor's performance of its obligations hereunder, including but not limited to, any payments received or costs incurred by Contractor in that regard

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

1 36    "Release" shall mean the release, spill, emission, escaping, leaking, pumping, pouring, injection, deposit, disposal, discharge, dispersal, leaching, migration, or movement into the environment (indoor or outdoor) of any Hazardous Materials, including the abandonment or discarding of Hazardous Materials, in any manner not consistent with any Governmental Requirement or Company's environmental policies and procedures applicable to Contractor's performance under this Agreement.

1 37    "Response Action" shall mean any action to identify, characterize, assess, investigate, remove, remediate, respond to, contain, abate, take corrective action with respect to, monitor, treat, reduce (whether by volume, toxicity or otherwise) or in any other way address known or suspected Hazardous Materials in the indoor or outdoor environment (including within buildings and other structures), including any restoration of the environment or natural resources associated with any of the foregoing

1 38    "Services" shall mean all the activities executed by Contractor pursuant to this Agreement

1 39    "Taxes" shall mean any and all taxes, levies or other like assessments, including, but not limited to, income tax, franchise tax, profits tax, windfall profits tax, surtax, gross receipts tax, capital gains tax, remittance tax, withholding tax, sales tax, use tax, value added tax, goods and services tax, presumptive tax, net worth tax, excise tax, ad valorem tax, property tax (real, personal or intangible), inventory tax, transfer tax, premium tax, environmental tax, customs duty, stamp tax or duty, capital stock tax, franchise tax, margin tax, occupation tax, payroll tax, employment tax, social security tax, unemployment tax, disability tax, alternative or add-on minimum tax, estimated tax, and any other tax or assessment imposed, together with any and all interest, fines, penalties or similar additions thereto, whether disputed or not, by any Governmental Requirement or taxing authority of any jurisdiction

1 40    "Third Party" shall mean any Person not a member of Company Group or Contractor Group

1 41    "Transactional Taxes" shall have the meaning as set forth in Section 15 2 herein

1 42    "TSCA" shall mean the Toxic Substances Control Act of 1976 (15 U S C § 2601 et seq.)

1 43    "Willful Misconduct" shall mean any misconduct which is done intentionally, knowingly and purposely, without justifiable excuse

1 44    "Work" shall mean the performance of Services or the provision of Materials and Equipment by Contractor for Company pursuant to this Agreement

1.45    Interpretation  The headings used in this Agreement are for convenience only and are not intended to be interpretative, definitive or supplemental to the respective paragraphs, provisions, or Sections of this Agreement  As used in this Agreement, the term "Section" refers to a section of the main body or an Exhibit of this Agreement. As used in this Agreement, the terms "hereunder," "herein," "hereof" and words of similar import are references to this Agreement as a whole and not to any particular provision of this Agreement, unless expressly provided to the contrary  The definitions of terms herein shall apply equally to the singular and plural forms of the terms defined. Whenever the context may require, any pronoun shall include the corresponding masculine, feminine and neuter forms. The words "include", "includes" and "including" shall be deemed to be followed by the phrase "without limitation"  Unless the context requires otherwise

(a)     any definition of or reference to any agreement, instrument or other document herein shall be construed as referring to such agreement, instrument or other document as from time to time amended, supplemented or otherwise modified (subject to any restrictions on such amendments, supplements or modifications set forth herein),

(b)     any reference herein to any statute, regulation or law shall be construed as referring to such statute, regulation or law as amended, modified, codified or reenacted, in whole or in part, and in effect from time to time,

(c)     any reference herein to any Party shall be construed to include such Party's successors and assigns (subject to the restrictions contained herein), and

(d)     with respect to the determination of any time period, the word "from" means "from and including" and the word "to" means "to and including."

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

1 46    No provision of this Agreement shall be interpreted or construed against any Party solely because such Party or its legal representative drafted such provision

## 2.    EXPRESS TERMS:

2 1    Company may from time to time, by itself or through one or more of its Affiliates, request that Contractor perform or provide Work to Company on a nonexclusive basis under this MSA as set forth in the relevant Commercial Terms  Company reserves the right to employ other Persons or contractors for the Work related thereto, and Contractor shall reasonably coordinate its Work and cooperate with Company's other contractors  Any Commercial Terms agreed to by the Parties shall incorporate this MSA.

2 2    In the event of a conflict between this MSA and any individual Commercial Terms, the provisions of this MSA shall control, unless such conflict is specifically noted in the Commercial Terms and the Parties to such Commercial Terms specifically agree therein that the noted conflict is to be governed by the provisions of the Commercial Terms

2 3    Company may execute Contractor's usual field work orders and job tickets, rate schedules, invoices or other documents customarily required by Contractor in connection with the performance of Work under the relevant Commercial Terms, provided however, that terms and conditions, if any, contained in such orders, tickets, rate schedules, invoices, trip tickets, or other documents that may flow from the performance of such Commercial Terms shall be entirely disregarded, and the terms and conditions of this MSA and the related Commercial Terms shall control (subject to Section 2 2 in which MSA controls in the event of a conflict between MSA and Commercial Terms) in determining the rights and liabilities of the Parties

2 4    In the event an Affiliate(s) of Company enters into Commercial Terms subject to this MSA, such Affiliate(s) executing the Commercial Terms shall be solely and severally responsible for the rights, obligations, and liabilities related thereto, and neither the signatory of this MSA with respect to Company nor any other Affiliate of Company party to any other Commercial Terms, shall be deemed a guarantor or surety with respect to such rights, obligations, and liabilities

2 5    In the event an Affiliate of Contractor enters into Commercial Terms subject to this MSA, and Contractor and/or any Affiliate of Contractor performs Work under such Commercial Terms, then Contractor and/or such Affiliates shall be jointly and severally responsible for the rights, obligations, and liabilities related thereto

2 6    This MSA, together with any Commercial Terms pursuant to it, embodies the entire agreement of the Parties with respect to the subject matter and it supersedes all prior and contemporaneous communications regarding the same, whether written or oral  Neither this MSA nor any Commercial Terms may be supplemented, augmented, amended or in any manner changed or altered, except by written instrument signed by duly authorized representatives of the Parties and specifically referencing this MSA or such Commercial Terms as being so amended

2 7    Each Party may sign any number of identical counterparts of this MSA or any Commercial Terms with the same effect as if the Parties signed the same document and all of which shall be considered one and the same agreement  A copy of this MSA or any Commercial Terms signed by a Party and delivered by facsimile transmission to the other Party shall have the same effect as the delivery of an original of this MSA or such Commercial Terms containing the original signature of such Party

## 3.    ACCEPTANCE:

If at any time during the term of this MSA, Company (or any of its Affiliates) desires to have Work performed by Contractor (or any of its Affiliates) pursuant hereto, Contractor (or any of its Affiliates) and Company (or any of its Affiliates) shall enter into a Commercial Terms substantially in the form attached hereto as Exhibit A setting forth all proposed technical and commercial parameters of the Work to be performed  The Parties to such Commercial Terms shall be deemed to be Company and Contractor under this MSA for all purposes related to such Commercial Terms. When a Commercial Terms has been agreed to and fully entered into by the Parties in the manner provided herein or as contemplated by such Commercial Terms, such Commercial Terms shall be deemed to have incorporated by reference all terms and conditions of this MSA, other than Exhibit A – Form of Commercial Terms, and constitute an

DocuSign Envelope ID  A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

entire binding legal agreement of the Parties with respect to the Work set forth in such Commercial Terms  If and when a Commercial Terms has been created or entered into by the Parties, Contractor agrees to commence the Work described in the Commercial Terms at the time and on the date set forth therein, and in accordance with all of the provisions and specifications of such Commercial Terms

## 4. INDEPENDENT CONTRACTOR:

4 1     Contractor is an independent contractor, and neither Contractor nor any of its directors, officers, employees, agents, representatives, or permitted subcontractors shall be considered, for any purpose, to be an employee, agent, or servant of Company or its Affiliates. Any provision in this Agreement whereby Company or Company's representatives would otherwise have the right to direct Contractor as to the manner of performing the Work shall be interpreted as meaning that Contractor shall follow the wishes of Company in the results to be achieved and not in the means whereby the Work is to be accomplished

4 2     Contractor shall be solely responsible for and shall promptly pay or cause to be paid all wages, salaries, costs, expenses, benefits, contributions and charges of any nature whatsoever which accrue to Contractor's personnel arising out of or incidental to this Agreement, including overtime, vacation, severance, social security, unemployment contributions, insurance, profit sharing, welfare funds, life pensions and annuities, rest and holiday pay, as well as compensation due to sickness or disability of Contractor's personnel

4 3     Neither Contractor nor any of its directors, officers, employees, agents, representatives, or permitted subcontractors shall have  (a) power or authority to act for, represent, or bind Company or its Affiliates in any manner whatsoever, or (b) the authority to engage or hire any Person on behalf of Company or its Affiliates, except as otherwise expressly set forth in this Agreement, and any Person whom it may engage or hire shall be deemed to be solely the employee or contractor of Contractor  All contractual obligations incurred by Contractor in connection with this Agreement shall be in the name of Contractor, as principal, and all debts, liabilities and obligations, of any nature whatsoever, imposed upon or incurred by Contractor in its performance under this Agreement shall be the sole responsibility of Contractor.

4 4     Neither Contractor nor any of its directors, officers, employees, agents, representatives, or permitted subcontractors, nor their respective spouses, heirs, executors, administrators, or permitted assigns, as the case may be, shall be entitled to, or seek to obtain from Company or its Affiliates in connection with this Agreement, any benefits or sums accorded to Company's or its Affiliates' employees, including worker's compensation, death or disability insurance, vacation, or sick pay  Contractor, on its own behalf and on behalf of all aforementioned individuals and entities, hereby waives any such potential claims and causes of action and agrees to defend, indemnify and save harmless Company, its Affiliates and their respective directors, officers, employees, agents, and representatives from any and all such claims and causes of action

## 5. MATERIALS AND EQUIPMENT:

For that portion of the Work consisting of Materials and Equipment, whether provided by Contractor or its subcontractors, Contractor agrees as follows

5 1     Contractor shall be responsible for proper packaging, labeling, and shipment of Materials and Equipment  All labeling shall be in full compliance with all DOT, OSHA, and TSCA labeling requirements  Contractor shall have title, care, custody, control, and risk of loss for all Materials and Equipment until its delivery and acceptance by Company at the point of its physical delivery.

5.2     Company shall be obligated to purchase and accept only the quantity of Materials and Equipment required for the execution of the Work under the relevant Commercial Terms, and any excess Materials and Equipment may be returned to Contractor at Contractor's expense.

5 3     Contractor shall not substitute for any Materials and Equipment that have been specified without Company's prior written approval. All Materials and Equipment furnished pursuant to this Agreement are subject to Company's right of inspection and approval at any time during the manufacturing process, while in storage or after delivery and at any time while the Work is in progress (or if not in progress during normal business hours). Company reserves the right (payment notwithstanding) to reject and return, at Contractor's

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

sole expense and liability, any portion of any shipment which may be Defective or fails to comply with the specifications set forth in the Commercial Terms Neither acceptance nor payment by Company, nor its inspection or failure to inspect, shall limit or waive Contractor's warranties, or be deemed a waiver of any of Company's rights or remedies

5 4      Contractor expressly warrants that all of the Materials and Equipment furnished under this Agreement are (a) non-Defective with respect to design and/or modification workmanship and materials, (b) their components are new if specified in a Work Order (c) fit for the purposes specified within the Commercial Terms, (d) include the benefit of all manufacturer's warranties if such warranties are transferable, (e) to Contractor's knowledge, do not and will not constitute an infringement of any Intellectual Property Right, (f) Contractor owns or possesses the right to transfer to Company all ownership of or license to the Materials and Equipment (if applicable) to the extent set forth in the Commercial Terms, and (g) in compliance with Exhibit F If Company discovers any Defective Materials and Equipment, then Contractor shall, at Contractor's sole expense and liability, promptly correct, repair, or replace such defects To the extent Contractor fails to perform such correction, repair or replacement, Company shall be entitled to recover from Contractor that portion of compensation to Contractor attributable to the Defective Material and Equipment If Contractor fails to promptly perform the remedial action, Company may perform or have others perform corrective work Contractor shall pay all reasonable costs incurred in retrieving and removing any Defective Materials and Equipment, and reinstalling conforming ones. The warranties in this Section shall extend (i) to twelve (12) months from date of installation and (ii) with respect to any item or part that has been corrected, repaired, or replaced, to twelve (12) months from the date of acceptance of such correction, repair, or replacement Any claims for Defective Materials and Equipment must be provided to Contractor in writing within such warranty period or shall be deemed waived. THE WARRANTIES SPECIFIED IN THIS AGREEMENT ARE IN LIEU OF ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED OR STATUTORY, INCLUDING THE WARRANTY OF MERCHANTABILITY AND THE WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, AS WELL AS ANY WARRANTY ARISING FROM COURSE OF DEALING, PERFORMANCE OR USAGE OF TRADE.

## 6.    SERVICES:

For that portion of the Work consisting of Services, whether provided by Contractor or its subcontractors, Contractor agrees as follows

6 1      Contractor shall perform all Services (a) diligently, (b) in a thorough, good, and workmanlike manner, (c) in a manner that meets or exceeds the specifications or requirements set forth in the Commercial Terms, and (d) in a manner consistent with recognized standards of good practice in the industry for similar Services specified in the Commercial Terms

6 2      Contractor shall obtain and maintain all permits and licenses required in connection with performance of the Services and, if permitted by Company to subcontract, shall be fully responsible for all Services performed by subcontractors Contractor shall not subcontract all or any portion of the Services, unless the category of services is specified in the Commercial Terms without Company's prior written approval In every case, Contractor shall use reasonable commercial efforts to ensure that all applicable contractual requirements and obligations set forth in this MSA and in the relevant Commercial Terms are extended to permitted subcontractors Contractor agrees to be liable for the failure of any subcontractor to abide by the contractual requirements and obligations set forth in this MSA and in the relevant Commercial Terms

6.3      Contractor shall, and shall cause its permitted subcontractors to (a) be fully qualified and, to the extent required, licensed to perform the Services pursuant to Governmental Requirements, and (b) perform all Services in accordance with article 6.1 of this Agreement.

6 4      Contractor shall only permit individuals with the proper skill, knowledge, and experience to perform the Services

6 5      All Services by Contractor or its subcontractors shall be subject to Company's right of inspection at any location where the Services are being performed and at any time while the Work is in progress (or if not in progress during normal business hours). If Company discovers any Defective Services, then Contractor shall, at Contractor's sole expense and liability, promptly correct, repair, or replace such defects. To the extent

DocuSign Envelope ID  A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

Contractor fails to perform such correction, repair or replacement, Company shall be entitled to recover from Contractor that portion of compensation to Contractor attributable to the Defective Services  If Contractor fails to promptly commence the remedial action, Company may perform or have others perform corrective work  The warranties in this Section shall extend  (a) to twelve (12) months from date of completion and acceptance of the Services, and (b) with respect to any portion of the Services that has been corrected, repaired, or replaced, to twelve (12) months from the date of acceptance of such correction, repair, or replacement  Any claims for Defective Services must be provided to Contractor in writing within such warranty period or shall be deemed waived  THE WARRANTIES SPECIFIED IN THIS AGREEMENT ARE IN LIEU OF ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED OR STATUTORY, INCLUDING THE WARRANTY OF MERCHANTABILITY AND THE WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, AS WELL AS ANY WARRANTY ARISING FROM COURSE OF DEALING, PERFORMANCE OR USAGE OF TRADE

**7.**     **CONSIDERATION, INVOICING, AND PAYMENT:**

7 1     Unless otherwise agreed by Company in writing, the consideration to be paid to Contractor by Company for Work shall be at rates which are agreed in writing in the signed Commercial Terms specifying such Work  For the avoidance of doubt, unless expressly agreed to in writing in the relevant Commercial Terms, no other compensation or remuneration of any kind and nature whatsoever shall accrue or be payable to Contractor or Contractor Group for the Work or based on the results of the Work, including, without limitation, any finance charges, success fee, finder's fee, broker's fee, net profits interest, carried working interest, or bonus fee

7 2     Contractor shall not be entitled to payment for any Work before such Work has been completed in accordance with this Agreement and the related Commercial Terms for such Work  Payment will thereafter be made against Contractor's proper invoice. Invoices shall be submitted in accordance to what is established in "Invoicing Requirements" Exhibit B attached hereto  All payments in connection with this Agreement shall be paid directly to Contractor ordinarily in the country where the Work is performed in United States dollars, based, if applicable, on the official exchange rate of the central bank of such country, in compliance with all Governmental Requirements relating to tax, currency control, and banking  No payment made by Company under this Agreement shall be paid in the form of cash or any bearer instrument, nor shall any payment be paid by Company to any individual or entity other than Contractor  Unless otherwise prohibited by any Governmental Requirement, Company's primary payment method is electronic direct deposit into Contractor's account  Contractor shall provide to Company all information necessary to make such payment, including the name and location of the financial institution, its ABA/SWIFT/Sort Code/IBAN number, and the name and number of the bank account   Company reserves the right to withhold any money payable to Contractor for Work and to apply it to payment of any obligations of Contractor to Company which arise in any way out of this MSA, the relevant Commercial Terms, or the performance of the Work

7 3     Contractor shall not incur travel, entertainment, or any other expenses on behalf of Company without the prior written approval of Company  Contractor shall keep detailed Records of such expenses

7.4     Company may offset any financial obligation which Contractor owes, or its wholly-owned Affiliates owe to Company against amounts due under this Agreement, provided that the amount in question is not in dispute

7 5     Contractor shall pay to Company any money paid to Contractor to which Contractor was not entitled to under this Agreement as soon as Contractor becomes aware of such overpayment. If Contractor fails to pay, the Company shall have the right to offset the owed amounts from any amounts due to Contractor under this Agreement.

**8.**     **INTELLECTUAL PROPERTY AND CONFIDENTIAL INFORMATION:**

8 1     Intellectual Property.

(a)     All Deliverables shall be transferred to Company upon the completion of the Work or upon the cancellation of the Commercial Terms for any reason  Notwithstanding the foregoing, all Deliverables shall be deemed to be the sole and exclusive property of Company, as well as "works made for hire" as contemplated by the U.S  Copyright Act (17 U.S.C. § 101). Contractor agrees to

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

do all things reasonably necessary to protect the interests of Company in the Deliverables, including but not limited to cooperating with Company so that Company, at its expense, can obtain patents and copyrights To the extent or if for any reason any Deliverable (or any element thereof) is not eligible for "works made for hire" treatment, then Contractor hereby irrevocably assigns, at no additional cost, all rights, title and interest (including all intellectual property rights) in and to such Deliverable to Company

(b)      To the extent or if for any reason any Deliverable (or any element thereof) cannot be assigned by Contractor to Company, then Contractor hereby grants to Company a nonexclusive, perpetual, sub-licensable, fully paid-up, and royalty-free license to all of the Deliverables, to use, copy, modify, maintain, support, and create derivative works of the same at Company's sole discretion

(c)      If Contractor (or any of its Affiliates) provides Company (or any of its Affiliates) with any software (including firmware and other utilities) that is not a Deliverable under this Agreement but that is necessary in order for Company to make use of the Work, Contractor hereby grants to Company and its Affiliates a perpetual, irrevocable, worldwide, royalty-free license to use such software in connection with the Work or have a third party do any of the foregoing on Company's or its Affiliate's behalf. In any case, Contractor shall comply with Exhibit F pertaining to Cybersecurity Requirements Any third party software that is necessary in order for Company to use the Work shall be subject to the license provisions of such third party software

8 2      Confidential Information.

(a)      The Parties agree that they shall keep the other Party's Confidential Information strictly confidential and shall not sell, trade, publish, or otherwise disclose any such Confidential Information to any Person in any manner whatsoever, including by means of photocopy, reproduction, or electronic media, without the prior written consent of the other Party, except as provided in Section 8 3.

(b)      Company Confidential Information shall be and remain the sole property of Company, Contractor Confidential Information shall be and remain the sole property of Contractor As a condition precedent to a final payment pursuant to this MSA and any Commercial Terms, Contractor, upon request, shall return to Company all Company Confidential Information, regardless of form or medium, and shall destroy any copies or reproductions thereof, regardless of form or medium, in its possession and in the possession of Contractor Group and the Person(s) to whom it was disclosed by Contractor (provided that if such request is not made, the provisions of Section 8 2(a) continue to apply) Notwithstanding the foregoing, copies of Company Confidential Information may be retained to the extent necessary to comply with Contractor's customary procedures relating to the automatic, electronic backup or archival storage of data and provided such data is not readily accessible.

(c)      Without prejudice to the rights and remedies otherwise available to a Party, each Party agrees that money damages may not be an adequate remedy for any breach of its obligations related to the non-disclosure of Confidential Information and that a Party may be entitled to seek specific performance and other equitable relief by way of injunction if the other Party or any of its representatives breaches or threatens to breach any provision related to the non-disclosure of Confidential Information. The remedies in this Section 8.2(c) shall not be deemed exclusive remedies for a breach of this Agreement by a Party or any of its representatives but shall be in addition to all other remedies available to the non-breaching Party, at law or in equity

8 3      Notwithstanding Section 8.2, either Party may disclose the other Party's Confidential Information without the prior written consent of the other Party

(a)      to any member of Contractor Group or Company Group, as the case may be, who have a clear need to know such Confidential Information in connection with this Agreement and to the extent necessary therefor; provided that, prior to disclosure, the relevant member (except Affiliates) of the Company Group or Contractor Group, as applicable, has undertaken confidentiality obligations not

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

less restrictive than this Section to the Company Group or Contractor Group, as applicable, and provided, further, that such Party shall be liable for any unauthorized disclosure by such Party's Group, or

(b)     to the extent such information is required to be disclosed under applicable Governmental Requirement (including a request by subpoena or other written request of a Governmental Entity) or stock exchange regulation, provided that the disclosing Party makes commercially reasonable efforts to give prompt written notice to the other Party prior to such disclosure, and provided, further, that, in any case, the disclosing Party shall only disclose that portion of the Confidential Information that, in the opinion of the disclosing Party's legal counsel, is required to be disclosed

8 4 Except as permitted by Section 8 3, neither Party shall issue or cause the publication of, or make any reference to, the other Party or any other member of their group in any press release, public announcement, advertising, circular, or promotional material relating to the Work performed on Company's facilities or sites, the existence of this MSA, any Commercial Terms or the subject matter hereof or thereof without the prior written consent of such other Party

## 9.    TERMINATION AND SUSPENSION:

9 1     Termination for Convenience  Company reserves the right to terminate this MSA and any Commercial Terms, or any part thereof, for any reason or for no reason and at any time, regardless of whether Contractor has incurred any Contractor Default under this MSA or such Commercial Terms  If this Contract is terminated pursuant to this Section, then the termination shall be effective immediately upon delivery of the written notice and Contractor shall be entitled, as its sole and exclusive remedy, to compensation earned under the relevant Commercial Terms (if not already paid) prior to the termination  Company may at its discretion complete the Work or may engage another contractor to perform any of the Work  Contractor reserves the right to terminate this MSA, but not a Commercial Terms, for any reason or for no reason upon thirty (30) days prior written notice to Company, provided that the terms of this MSA shall survive to the extent it will continue govern any Commercial Terms then in place and not yet completed through the expiration, termination, or completion of such Commercial Terms.

9 2     Termination by Company for Contractor Default

(a)     Company shall have the right to terminate this MSA and any Commercial Terms or any part thereof, upon the occurrence of a Contractor Default  For purposes of this Agreement, a "Contractor Default" shall be deemed to have occurred upon the occurrence of any of the following events

(1)     Contractor commits a material breach of any of its representations, warranties, covenants, or obligations under this Agreement that is not cured or remedied within the time period set forth in Section 9 2(c),

(2)     any of Contractor's Materials and Equipment or Services are deemed as Defective or do not meet the specifications set forth in this MSA or the applicable Commercial Terms, and such non-compliance is not remedied within the time period set forth in Section 9.2(c),

(3)     Contractor fails to meet the obligations and requirements set forth in this MSA or the relevant Commercial Terms, or Contractor or its subcontractor(s) engages in delays or slow progress in the performance of the Work, as solely determined by Company, and the same is not remedied within the time period set forth in Section 9 2(c),

(4)     Contractor refuses or is unable to remedy any hazardous working practice or to perform a required modification to avoid or remedy a dangerous or hazardous situation within the time period set forth in Section 9 2(c), or fails to comply with Exhibit C – Occidental Oil and Gas Corporation Minimum Health, Environment, and Safety or Exhibit D – Occidental Oil and Gas Corporation Drugs, Alcohol and Controlled Substances Requirements,

(5)     Contractor commits a material breach of any Governmental Requirements, policies or procedures as provided in Section 24,

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

(6)     Contractor or its parent becomes bankrupt, or has a receiving order or an administration order made against it, or presents its petition in bankruptcy, or makes arrangement with or assignment in favor of its creditors, or agrees to carry out this MSA or any Commercial Terms under a committee of inspection of its creditors, or being a corporation or other legal entity, goes into liquidation (other than a voluntary liquidation for the purposes of amalgamation or reconstruction), or has an execution order levied on its goods, or ceases or suspends operation of, or sells a substantial portion of, its business or any portion of its business relating to the performance of the Work, or becomes insolvent or fails to pay its debts or obligations when due, or generally, if anything arises to indicate to Company that Contractor is financially impaired and has stopped payment of its debts, or

(7)     a Governmental Entity fails to approve the performance of the Work under a Commercial Terms by Contractor or requests the termination of this MSA or any Commercial Terms

(b)     Termination for reasons set out in Section 9 2(a)(6) and Section 9 2(a)(7) above shall be effective immediately upon Company's giving written notice to Contractor of such termination Termination for reasons set out in Sections 9 2(a)(1) through 9 2(a)(5) above shall be effective immediately upon notice by Company after expiration of the period set forth in Section 9 2(c)

(c)     Notice and Cure  Contractor shall remedy any Contractor Default under Sections 9 2(a)(1) through 9 2(a)(5) within ten (10) days after receipt of Company's written notification of the same or as mutually and reasonably agreed to in writing by the Parties  Notwithstanding the foregoing, if Contractor Default is of the nature or severity which requires a remedy or cure more rapidly than the aforementioned ten (10) days (for example, a Contractor Default which jeopardizes the life or health of personnel, severe damage to equipment, property or the environment, or the safe continuation of the Work), then Company shall provide written notification to Contractor of the appropriate shorter period of time within which Contractor shall remedy such Contractor Default, which shall be reasonably determined by Company

Company shall have the right to deduct and offset from any balance due to Contractor under the relevant Work Order the amount of any direct damages incurred by Company due to any termination for Contractor Default pursuant to this Section and solely on account of Contractor's gross negligence or willful misconduct, including all incremental costs and expenses of Company to complete the Work or to have the Work completed by another Person  If the amount of such damages is in excess of the balance due to Contractor, the excess amount shall be paid by Contractor to Company immediately upon request, provided that such costs shall not exceed the total consideration to be paid to Contractor by Company for such Work as set forth in Commercial Terms specifying such Work

(d)     Notwithstanding a notice of termination, Contractor shall, if reasonably requested to do so by Company, perform all operations necessary to conserve, preserve and protect the Work that has already been performed.

(e)     If Company attempts to terminate this MSA or any Commercial Terms pursuant to this Section 9 2 but it is determined in accordance with Section 20 that the grounds for termination under this Section did not exist at the time of Company's attempted termination, then the notice of termination given by Company is deemed to have been given under Section 9 1

9 3     Termination by Contractor for Company Default. Contractor shall have the right to terminate this MSA and any Commercial Terms or any part thereof, upon the occurrence of a Company Default  For purposes of this Agreement, a "Company Default" shall be deemed to have occurred upon the occurrence of any of the following events

(a)     Company defaults in the payment of any undisputed service fees or other charges due under this MSA and any Commercial Terms, provided that Contractor gives Company written

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

notification of such Company Default and Company fails to pay within ten (10) days after receipt of Contractor's written notification  Company may avoid default for non-payment, if within the ten (10) day timeframe after receipt of written notification, Company provides a reasonable explanation for non-payment acceptable at the sole discretion of Contractor  Such acceptance shall not be unreasonably withheld

(b)     Company or its parent becomes bankrupt, or has a receiving order or an administration order made against it, or presents its petition in bankruptcy, or makes arrangement with or assignment in favor of its creditors; or agrees to carry out this Agreement under a committee of inspection of its creditors, or being a corporation or other legal entity, goes into liquidation (other than a voluntary liquidation for the purposes of amalgamation or reconstruction), or has an execution order levied on its goods, or ceases or suspends operation of, or sells a substantial portion of, its business or any portion of its business relating to the performance of the Work, or becomes insolvent or fails to pay its debts or obligations when due, or generally, if anything arises to indicate to Contractor that Company is financially impaired and has stopped payment of its debts.

9 4     Non-Exclusive Remedy  Subject always to the provisions related to consequential damages set forth in this Agreement, a Party's rights of termination are not exclusive of any other rights and remedies available to such Party at law or in equity, whether expressed or implied

9 5     Suspension  Company may suspend with immediate effect all or part of the Work by giving notice to Contractor if Company determines that any member of Contractor Group is not conducting the Work in a safe manner or is not complying with its obligations under this Agreement  This suspension will continue until Company notifies Contractor that the suspension is lifted  Company has no obligation to lift this suspension until it is satisfied that Contractor will conduct the Work in a safe manner or is otherwise complying with the relevant requirements under this Agreement  Contractor shall not be entitled to compensation, reimbursement, or schedule relief related to Work suspended solely under this Section 9 5

## 10.     FORCE MAJEURE:

10.1     Contractor or Company shall each be excused from performing its obligations under this MSA and the relevant Commercial Terms if and only to the extent that performance is directly and materially delayed or prevented by an event of Force Majeure  The Party claiming Force Majeure shall give written notice of such event of Force Majeure to the other Party as soon as reasonably practicable, but not later than three (3) business days after the occurrence thereof  Failure to give notice of an event of Force Majeure within such period of time after the occurrence of the event shall be deemed an irrevocable waiver to claim Force Majeure with respect to such event. The Party claiming Force Majeure shall also give written notice to the other Party when the claiming Party believes the delay occasioned by such event of Force Majeure has ended

10 2     The Party receiving the notice of an event of Force Majeure pursuant to this Section shall have the right to object to the declaration of Force Majeure  If the existence of an event of Force Majeure is disputed, either Party may initiate dispute resolution proceedings in accordance with the provisions of this Agreement

10 3     The Party affected by an event of Force Majeure shall use due diligence and reasonable commercial efforts (including the expenditure of reasonable funds) and take reasonable precautions to prevent and mitigate the effects of the occurrence or continuation of an event of Force Majeure on the performance of its obligations, and to promptly resume such obligations following the cessation of such event of Force Majeure

## 11.     LIENS:

Except for liens filed by Contractor if Company fails to pay an undisputed amount due hereunder, Contractor shall keep the premises and Work free of all claims, liens, and similar encumbrances in connection with its performance under this Agreement  Contractor agrees that final payment shall not become due and payable to Contractor until Contractor delivers to Company, upon request by Company, satisfactory releases, satisfactions, or waivers of all claims, liens, and similar encumbrances connected with performance under this MSA and the relevant Commercial Terms  Final payment to Contractor shall not relieve Contractor of its obligation to discharge all claims, liens, or other encumbrances filed before or after Contractor is paid for Work under this MSA and the relevant Commercial Terms

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

## 12. HEALTH, ENVIRONMENT, AND SAFETY:

12 1    Contractor represents and warrants that it will fully comply with Company's health, environment, safety, and security policies and procedures applicable to Contractor's performance of this Agreement, including

(a)    Governmental Requirements relating to the training, health, and safety of Contractor's employees, including all regulations and standards promulgated under OSHA  Contractor agrees to be responsible for all HES training, practices, and supervision for all of Contractor's employees and other personnel (including personnel of subcontractors) over whom Contractor has supervisory responsibility in the performance of the Work  Contractor is expressly designated under this Agreement as the "responsible employer" for the safety of those employees and personnel, under the OSHA multi-employer work site provisions  Contractor agrees to fully comply with all applicable HES regulations and standards, including Company's HES policies and procedures, and the requirements set forth in the "Occidental Oil and Gas Corporation Minimum Health, Environment, and Safety" and "Occidental Oil and Gas Corporation Drugs, Alcohol, and Controlled Substances Requirements" attached hereto as Exhibits C and D, respectively, which have been read and accepted by Contractor  Company reserves the right to amend the requirements outlined in the referenced documents from time to time by providing written notice to Contractor

(b)    Governmental Requirements relating to the protection of the environment, including those related to the transportation, management, or disposal of Hazardous Materials

12 2    Contractor's failure to remedy any unsafe situation or hazard after notice from Company within the time period set forth in Section 9 2(c) shall constitute a material breach of its obligations under this Agreement, and shall entitle Company to exercise its termination rights with respect thereto in accordance with the terms of this Agreement  Subject to Article 16 hereof, Company shall at all times have the right to inspect the Work and relevant Work sites and may audit Contractor's HES documentation for the purpose of verifying the information furnished by Contractor and Contractor's compliance with the terms and conditions of this Agreement. If requested, Contractor shall provide Company with current copies of Contractor's corporate HES manual and management system, or at the discretion of Company, an HES plan specific to the Work being performed, including Contractor's provisions for emergency preparedness and response  Contractor shall, upon request, furnish Company with proof of compliance with all Governmental Requirements

12 3    Non-work related firearms, weapons, explosives or dangerous materials are adverse to a safe work environment  The possession of non-work related firearms, weapons, explosives or dangerous materials on Company premises or while conducting Company business, is strictly forbidden and shall constitute a material breach of this Agreement

12.4    If Company chooses to use surveillance technology at the Work site, Contractor shall abide by, and shall cause Contractor personnel to abide by, the Surveillance Technology Guidelines attached hereto as Exhibit E, in order to ensure the highest quality of safety and security at the Company site

## 13. INDEMNITY:

13 1    General Indemnity by Contractor  **Except as may be otherwise provided in this Agreement, Contractor shall release, protect, defend, indemnify, and hold harmless Company Group from and against any and all Claims and Losses arising out of or related to any death or personal or bodily injury or disability, or any property damage or loss, of any member of Contractor Group arising out of or related to the Work. CONTRACTOR'S OBLIGATIONS UNDER THIS SECTION 13.1 SHALL APPLY REGARDLESS OF WHETHER CAUSED OR CONTRIBUTED TO BY THE SOLE, JOINT, OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, GROSS NEGLIGENCE, WILLFUL MISCONDUCT, OR OTHER FAULT OF ANY MEMBER OF COMPANY GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL OR CRAFT, A PREEXISTING CONDITION, BLOWOUT, EXPLOSION, OR FIRE.**

13.2    General Indemnity by Company  **Except as may be otherwise provided in this Agreement, Company shall release, protect, defend, indemnify, and hold harmless Contractor Group from and**

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

against any and all Claims and Losses arising out of or related to any death or personal or bodily injury or disability, or any property damage or loss, of any member of Company Group arising out of or related to the Work. COMPANY'S OBLIGATIONS UNDER THIS SECTION 13.2 SHALL APPLY REGARDLESS OF WHETHER CAUSED OR CONTRIBUTED TO BY THE SOLE, JOINT, OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, GROSS NEGLIGENCE, WILLFUL MISCONDUCT, OR OTHER FAULT OF ANY MEMBER OF CONTRACTOR GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL OR CRAFT, A PREEXISTING CONDITION, BLOWOUT, EXPLOSION, OR FIRE

13 3    Indemnity for Third Party Claims

(a)    Except as may be otherwise expressly provided in Sections 13 1, 13.2, 13 4, 13 5, 13 6 and 13 7, Contractor shall release, protect, defend, indemnify, and hold harmless Company Group from and against all Claims and Losses directly or indirectly asserted by Third Parties for any death or personal or bodily injury or disability, or any property damage or loss asserted by Third Parties, but only to the extent resulting from the negligence, Gross Negligence or Willful Misconduct of Contractor, its Affiliates, and their respective directors, officers, employees and agents

(b)    Except as may be otherwise expressly provided in Sections 13 1, 13 2, 13 4, 13 5, 13 6 and 13 7, Company shall release, protect, defend, indemnify, and hold harmless Contractor Group from and against all Claims and Losses directly or indirectly asserted by Third Parties for any death or personal or bodily injury or disability, or any property damage or loss asserted by a Third Party, but only to the extent resulting from the negligence, Gross Negligence or Willful Misconduct of any of Company, its Affiliates, and their respective directors, officers, employees and agents.

13 4    Indemnity for Environmental Claims.

(a)    Notwithstanding the provisions of Sections 13 1 through 13 3 and 13 7, Contractor shall, to the extent caused by any act or omission of any member of Contractor Group, release, protect, defend, indemnify, and hold harmless Company Group from and against any and all Claims and Losses relating to, resulting from or arising out of the following, including all Claims and Losses associated with any Response Action

(1)    the use, handling, management, disposal, Release, or threatened Release of any Hazardous Material, or

(2)    any current or hereinafter enacted Governmental Requirements applicable to any Hazardous Materials used by or under the control of any member of Contractor Group

(b)    The obligations under this Section 13 4 include liability for any Response Actions undertaken pursuant to or in accordance with the Comprehensive Environmental Response Compensation and Liability Act , in response to an incident under the Oil Pollution Act , or for any other Governmental Requirement

(c)    This indemnity is a private contractual arrangement, enforceable between Company and Contractor without regard to the terms of any duty either may owe to any Third Parties, including any Governmental Entity, under any Governmental Requirement

(d)    Notwithstanding the provisions of Sections 13 1 through 13 3 and 13 7, Company shall release, protect, defend, indemnify, and hold harmless Contractor Group from and against any and all Claims and Losses relating to, resulting from or arising out of any act or omission caused by or contributed to by the Company Group for any of the following.

(1)    the use, handling, management or disposal, Release or threatened Release of any Hazardous Material;

(2)    any Response Action,

(3)    any current or hereinafter enacted Governmental Requirements applicable to any of the foregoing, or,

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

(4)    a Release, threatened Release or Response Action that occurs entirely below the surface, except to the extent such act or omission is due to the negligence, gross negligence, or willful misconduct of any member of the Contractor Group

13 5    Indemnity for Intellectual Property Claims and Confidential Information Obligations

Notwithstanding the provisions of Sections 13 1 through 13 3, Contractor shall release, protect, defend, indemnify, and hold harmless Company Group from and against any and all Claims and Losses arising out of or related to  (a) any actual and alleged infringement or misappropriation of any Intellectual Property Rights resulting from or arising in connection with the manufacture, sale, use, or disposition of the Deliverables or the performance of any Work, including any work methods or processes, or (b) breach of Contractor's representations and warranties with respect to Intellectual Property Rights contained in Section 5 4(e) or breach of Contractor's obligations contained in Sections 8.2 and 8 4. In addition to Contractor's indemnification obligations with respect to the Deliverables and the Work, Contractor shall have the obligation to  (1) procure for Company the right to continue using the Deliverables, or (2) modify or replace such Deliverables so that the Deliverables no longer infringe any such copyright, patent, or trade secrets of any claiming Third Party, provided, however, that such modification or replacement shall not materially alter the operational characteristics of the Deliverables, and the same functions and performance provided by the Deliverables remain intact following such modification or replacement

13 6    Indemnity for Employment Related Claims and Claims for Additional Compensation

(a)    Notwithstanding the provisions of Sections 13 1 through 13.3, Contractor shall release, protect, defend, indemnify and hold harmless Company Group from and against any Claims and Losses arising from any employment-related Governmental Requirements arising out of or related to Contractor Group's performance of the Work, including the provisions of any anti-discrimination or harassment act or statute, the Fair Labor Standards Act or similar state law, and OSHA

(b)    Contractor shall also release, protect, defend, indemnify, and hold harmless Company Group from and against any and all Claims and Losses arising out of or related to allegations by Contractor Group that any additional compensation or remuneration, such as that described in Section 7.1, that is not agreed to in writing in the relevant Commercial Terms is due to Contractor Group

13 7    Exceptions to General Indemnities.

(a)    Notwithstanding the provisions of Sections 13 1 and 13 2, in regard to any downhole, well completion, workover or well repair Services, Contractor and Company agree as follows

(i)    Contractor shall not be responsible to Company for geological formation or oil or gas reservoir loss below the surface and Company shall release, protect, defend, indemnify and hold harmless Contractor Group against any Claims or Losses which result in any injury to, destruction of, or loss or impairment of any geological formation or oil and gas reservoir below the surface of the earth.

(ii)    Contractor shall not be responsible to Company for loss or damage to the hole or blowout except to the extent due to the negligence, Gross Negligence or Willful Misconduct of any member of Contractor Group, in which event Contractor shall bear a percentage of the aggregate costs and expenses associated with drilling a well at the same location, or repairing the relevant section of well, to the depth at which the original well was lost or damaged which are equal to the percentage of negligence, Gross Negligence or Willful Misconduct attributable to Contractor Group as a whole. Except to the extent due to the negligence, Gross Negligence or Willful Misconduct of any member of Contractor Group, Company shall release, protect, defend, indemnify and hold harmless Contractor Group for all other Claims of Losses arising from damage to the hole or blowout, including expenses for re-drilling or restoring such lost or damaged well

(iii)    In the event of a blowout, explosion, or fire, Company shall bear the cost of either killing or bringing under control the well or any other well directly or indirectly affected by such blowout,

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

explosion, or fire, provided, however, that if any such blowout, explosion, or fire is caused by the negligence, Gross Negligence or Willful Misconduct of any member of Contractor Group, then Contractor shall reimburse Company for such costs Company shall have the right but not the obligation to use any or all of Contractor Group's Materials and Equipment on site in killing or bringing under control a well or any other well directly or indirectly affected by such blowout, explosion, or fire

(iv)     With respect to items (i) through (iii) above, except as expressly stated therein, the Parties agree that any Claims and Losses arising out of or related to property damage or loss or death, personal or bodily injury or disability to any of Contractor Group or Company Group property, and any Third Party Claims and Losses associated with any of the events described in items (i) through (iii) above shall be allocated with reference to Sections 13 1 through 13 3

(v)     To the extent not covered by any insurance policies of Contractor Group and not attributable to normal wear and tear, Company shall assume liability for the repair or the depreciated replacement cost for loss of, or damage to, Contractor Group's downhole Materials and Equipment, only when such Materials and Equipment, are in-hole and in actual use for the operations hereunder, and not when on the catwalk, pipe racks, in storage, or in transit The replacement cost of such downhole Materials and Equipment, shall be as defined in the applicable Commercial Terms If such costs are not outlined in the applicable Commercial Terms any replacement cost for which Company is liable hereunder shall be reimbursed to Contractor subject to the deduction of depreciation which shall be calculated from the substantiated date of the original purchase or the last refurbishment as applicable, of each item or component part thereof, at a percentage rate of two per cent (2%) per month applied to such replacement cost up to a percentage maximum of fifty per cent (50%) Notwithstanding the foregoing provisions, Company shall not be required to assume any liability for repair of, damage to, or loss of Contractor Group's downhole Materials and Equipment, where such loss or damage is caused by the negligence, Gross Negligence or Willful Misconduct of any member of Contractor Group, including the use of damaged or Defective Materials and Equipment, or the negligent or intentional use of fatigued Materials and Equipment, or use of such Materials and Equipment, contrary to the provisions of Sections 5 and 6 of this Agreement

(b)     The Parties have drafted the indemnity and insurance provisions of Agreement with the intent that these provisions are construed as agreed by the Parties regardless of the place of performance or public policy, and that the provisions be interpreted pursuant to the choice of law provision prescribed herein If a court determines that any indemnity or insurance provision set forth in this Agreement is prohibited by or violates public policy under applicable laws ("Offending Provision"), then and only then, the Parties intend that the Offending Provision be modified to the minimum extent necessary to render such provision valid and enforceable insofar as required by the jurisdiction purporting to limit such provision Any modification of an Offending Provision is subject to the following

(i)     No modification will increase either Party's obligations, waivers, or releases in any manner, nor afford the other Party's group (as defined herein) any greater rights or protections than would otherwise have been required or granted by application of the relevant negligence or fault principles under applicable laws

(ii)     Any modification will, at a minimum, require that each Party indemnify the other Party's group (as defined herein) from all Claims and Losses arising out of, or relating to, the performance of this Agreement caused by the negligence, fault, or willful misconduct of the indemnifying Party's group (as defined herein) to the fullest extent permitted under applicable laws

13 8     Indemnification Procedure.

(a)     To make a claim for indemnification under this Section 13, the Party to whom an indemnity obligation is owed under this Agreement with reference to the specified Claims and Losses (the "Indemnified Party") shall notify the Party who owes an indemnity obligation under this Agreement

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

with reference to such Claims and Losses (the "Indemnifying Party"), including the specific details of and basis under this Agreement for its notice If the claim for indemnification is based upon a claim by a Third Party against the Indemnified Party, then the Indemnified Party shall provide its notice as soon as practicable after the Indemnified Party has actual knowledge of such Third Party claim and shall enclose a copy of all papers (if any) served with respect to such Third Party claim, provided, however, that the failure of any Indemnified Party to give notice of a Third Party claim to the Indemnifying Party as provided in this Section 13 shall not relieve the Indemnifying Party of its obligations under this Section 13 except to the extent such failure actually prejudices the Indemnifying Party's ability to defend against such Third Party claim

(b)      Upon receiving notice of any Claims and Losses to be indemnified under this Agreement, the Indemnifying Party shall have the right by delivery of written notice to the Indemnified Party within thirty (30) days, to assume the defense of such Claims and Losses If the Indemnifying Party exercises this right, then it shall assume the burden and expense of defending all suits, administrative proceedings, and disputes of any description arising out of such Claims and Losses If the Indemnifying Party fails to elect by delivery of written notice to the Indemnified Party to assume the defense of such Claims and Losses, and fails to actually commence such defense within the thirty (30)-day time period described above, then the Indemnified Party shall have the right but not the obligation, at the Indemnifying Party's expense, to engage counsel or consultants of the Indemnified Party's choice and conduct any and all aspects of such defense as are reasonably required, provided, however, that the Indemnified Party shall have the right but not the obligation to take action with respect to the defense of such Claims and Losses prior to the expiration of the thirty (30) day time period described above if, in the Indemnified Party's reasonable judgment, such action is necessary to preserve its rights Notwithstanding the foregoing, an Indemnifying Party agrees that in any action, suit, or proceeding brought against an Indemnified Party, the Indemnified Party shall have the right but not the obligation to select the counsel of the Indemnified Party's choice without affecting or otherwise impairing the rights of the Indemnified Party under this Agreement and the fees and expenses of such counsel shall be paid by the Indemnifying Party

(c)      If an Indemnifying Party fails to assume the defense with respect to any Claims and Losses indemnified under this Agreement as set forth in paragraph (b) above, then the Indemnifying Party shall reimburse the Indemnified Party for such Claims and Losses (including reasonable costs of defense incurred and any costs paid in connection with settlement or final judgment with respect to such Claims and Losses) that the Indemnified Party pays or becomes liable for

(d)      Each Indemnified Party agrees that it will not settle or otherwise compromise any Claims and Losses to be indemnified under this Agreement without the prior written consent of the Indemnifying Party, which consent shall not be unreasonably withheld or delayed, and any such settlement or compromise (i) shall include an unconditional release of the Indemnified Party from all liability arising out of such action or claim and (ii) shall not include a statement as to or an admission of fault, culpability or a failure to act, by or on behalf of any Indemnified Party

13 9      Anti-Indemnity Savings Provision Notwithstanding anything else herein to the contrary, if any tribunal determines that any provision to release, protect, defend, indemnify, or hold harmless herein (or any part of such provision) is unenforceable because such provision provides for any Person to be protected, defended, indemnified or held harmless for its own negligence, Gross Negligence, or other fault, then such provision shall be construed as written, except that  (a) no Person shall be released, protected, defended, indemnified, or held harmless for its own negligence, Gross Negligence or other fault, (b) if Contractor is the indemnifying Party therein, Contractor shall release, protect, defend, indemnify, and hold harmless Company Group from and against all Claims and Losses covered by such indemnity provision to the extent resulting from the negligence, Gross Negligence or Willful Misconduct of Core Contractor Group, and (c) if Company is the indemnifying Party therein, Company shall release, protect, defend, indemnify, and hold harmless Contractor Group from and against all Claims and Losses covered by such indemnity provision to the extent resulting from the negligence, Gross Negligence or Willful Misconduct of Core Company Group In the event that a court shall determine that any Governmental Requirement shall subject this Agreement to other limitations

DocuSign Envelope ID: A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

(other than that described in the preceding sentence) on the Parties' freedom to obligate themselves to indemnify or insure each, then the terms of this Agreement shall be construed to provide the maximum permissible amount of protection from liability to the Party claiming the benefit of indemnity or insurance.

13.10    Texas Anti-Indemnity Statute. In all instances in which this MSA or any Commercial Terms pertain to "a well for oil, gas, or water or to a mine for a mineral" as that phrase is defined in the Texas Anti-Indemnity Statute (Tex. Civ. Prac. & Rem. Code § 127.001 et seq.), Company and Contractor covenant and agree to support the mutual indemnity obligations in Sections 13.1 and 13.2 above, by carrying amounts of liability insurance, or through self-insurance, in the types and in the amounts not less than those specified in Section 14 herein. Contractor specifically agrees that Company may support its indemnity obligations in this Agreement with self-insurance.

## 14.    INSURANCE:

**14.1    Contractor and Company expressly acknowledge that the indemnities contained in this Agreement require assumption of liability for the negligence of the other Party. Therefore, Contractor and Company each agrees that in support of its indemnity obligation, each shall obtain and maintain insurance for the benefit of the other Party as an insured Party.** Unless specified otherwise below, each Party agrees to procure and keep in force at such Party's sole cost and expense, for Work performed under each relevant Commercial Terms pursuant to this MSA and throughout the term thereof and any warranty period thereunder, the following policies of insurance, with underwriters licensed to do business in the state of the United States or country wherein the Work is to be performed (as applicable):

(a)    Commercial General Liability Insurance, including contractual liability and non-gradual pollution sufficient to insure the indemnity agreements set forth in this Agreement, with minimum limits of U.S. $5,000,000 per occurrence, covering bodily injury and property damage.

(b)    Employers' Liability Insurance and Workers' Compensation Insurance or similar statutory social insurance, as required by Governmental Requirement at the locations where the Work will be performed, including Alternate Employer Endorsement, and if applicable, Maritime Coverage including coverage for liability under the Jones Act, General Maritime Law and United States Longshore and Harbor Worker's Endorsements. The Employers' Liability policy shall provide for minimum limits of U.S. $1,000,000 per accident.

(c)    Commercial Automobile Liability Insurance (if any motor vehicle is used in performing the Work) covering owned, non-owned, and hired vehicles with minimum limits of U.S. $5,000,000 per accident, covering bodily injury and property damage. If the Work involves the transportation of Hazardous Materials, MCS-90 endorsement shall be included.

(d)    If the Work involves engineering, procurement, architectural or other professional services, Professional Liability Insurance with a limit of not less than U.S. $1,000,000, per claim.

(e)    If the performance of this MSA or any of the Commercial Terms requires the use of aircraft owned or leased by either Party (including un-manned aircrafts such as drones or helicopters), that Party shall carry, or require the owners of such aircraft to carry, All Risk Hull Insurance in an amount equal to the full replacement value of the aircraft, and Aviation Liability Insurance, including Passenger Legal Liability as applicable, with a limit not less than U.S. $10,000,000 per accident covering bodily injury and property damage. If only unmanned aircraft ("drones") are used in the performance of this MSA, the limit of liability shall not be less than $5,000,000 per accident covering bodily injury and property damage.

(f)    If the performance of this Agreement requires the use of watercraft owned or leased by either Party, that Party shall carry, or require the owners of such watercraft to carry, Hull and Machinery (including Collision Liability) Insurance in an amount not less than the full replacement value of the watercraft, and Protection and Indemnity Insurance including excess collision liability in the amount of not less than U.S. $25,000,000. This insurance shall provide that a claim "in rem" shall be treated as a claim against the employer.

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

(g)     If the Work includes the use, manipulation, transportation or disposal of any Hazardous Materials from or on Work sites, Gradual Pollution Liability with a minimum limit of U S $5,000,000 per occurrence, covering bodily injury and property damage

(h)     If the Agreement pertains to drilling and completion Services, Well Control Insurance including, without limitation, seepage and pollution, with a minimum limit of $10,000,000 per occurrence

(i)     Any insurance required by a Governmental Requirement

The above insurance coverages and limits may be insured through primary or excess/umbrella layers of insurance  Company may self-insure for any of the above risks  Contractor may submit a written request to Company in order to be allowed to self-insure for any of the above risks. Company has the right, but not the obligation, to approve or not approve such request

14 2     Only with respect to and to the extent of the liabilities and obligations assumed by the insuring Party under this Agreement   (a) the insurance of each Party as the insuring Party shall be primary to and non-contributing with any other insurance that may be available to the other Party and its Group, (b) the insurance required above shall provide for waiver of subrogation in favor of the other Party and its Group, and (c) all insurance provided by an insuring Party, except for Worker's Compensation and Employer's Liability or other similar statutory social insurance, Well Control Insurance, and Professional Liability shall include the other Party and its Group as an additional insured  Insurance coverage required under this Agreement shall be additional security for a Party's liability and shall not limit such liability, nor shall such requirements be considered the ultimate amount or types of insurance such Party should carry  Each Party shall assure that if any of the above required insurance coverages are written with annual or policy term aggregate limits, there will be sufficient limits available to meet the per accident or occurrence limits required above throughout the term of this Agreement, each relevant Commercial Terms and any warranty period thereunder

14 3     Prior to the commencement of the Work under each relevant Commercial Terms and at any time thereafter upon Company's request, Contractor shall provide Company with a certificate of insurance evidencing the required insurance is in force and effect and Company shall provide Contractor with a similar certificate of insurance  Such certificate(s) of insurance shall name "OXY USA Inc  and its Affiliate(s)" as the certificate holder, and if applicable, shall be submitted to ISNetworld via its web site at www isnetworld com  Should Contractor encounter a problem with the web site, Contractor shall contact ISNetworld's main telephone number at +1 (214) 303-4900 in the United States  Each Party agrees that it will not cancel, reduce, restrict, or materially change the required insurance coverages in a negative way without giving the other Party thirty (30) days' advance written notice  Any required renewal certificates will be issued within thirty (30) days of the expiration of any of the above required insurance  If Company requests verification of insurance evidenced in the certificates of insurance from Contractor's insurance agent or broker, Contractor shall cause such verification to be promptly furnished to Company  Further, Contractor shall, upon Company's request, provide Company with a reasonable opportunity to review, at a reasonable time and place, a copy of the actual policy for any insurance coverage required to be maintained by Contractor hereunder, and Company shall be permitted to make copies of same at its own cost and expense  A Party's failure to request, or respond to, any deficient insurance certificate or letter of self-insurance received by it shall not constitute a waiver of such Party's rights, or the other Party's insuring obligations, under this Section 14  No insurance certificate or other evidence of insurance will serve to amend the insurance requirements herein without the prior written consent of Company  Should Contractor fail to provide or maintain any such insurance coverage, Company shall have the right, but not the obligation, upon ten (10) days' prior written notice to Contractor, to procure any such insurance coverage and to deduct the cost thereof from any amounts due and payable to Contractor or, if there are no such amounts due and payable, Contractor shall reimburse Company for such costs on demand

14 4     Contractor shall require each subcontractor utilized by Contractor to carry and pay for insurance in amounts deemed necessary by Contractor  Any deficiency in the subcontractor's insurance coverage will be the responsibility of Contractor  When requested by Company, Contractor shall furnish, or cause to be furnished to Company, certificates of insurance evidencing insurance coverages carried by the subcontractors  Contractor shall cause its employees

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

operating their personal automobiles in the performance of the Work to secure the appropriate insurance during such performance  Any lack of or deficiency in such employee's coverage will be the responsibility of Contractor

**15.     TAXES:**

15 1      Unless otherwise provided for in this Agreement or by Governmental Requirement, each Party shall be solely responsible for the ascertainment of, timely filing for, and prompt payment of any and all of such Party's Taxes  Except for the Transactional Taxes described below in Section 15 2, Contractor acknowledges that it has taken into account the Taxes to be imposed, levied, or assessed on Contractor as a result of this Agreement in establishing the rates, fees and other compensation set forth in the Commercial Terms

15 2      Notwithstanding any other provision of this Agreement, invoiced amounts payable to Contractor shall be exclusive of value added taxes, goods and service taxes, sales and use taxes, gross receipts taxes, excise taxes imposed, levied, or assessed on the sale of goods and provisions of services from Contractor to Company (collectively, "Transactional Taxes"), and any such Transactional Taxes that are imposed, levied, or assessed on such sales of goods and provisions of services by applicable Governmental Requirement or taxing authority shall be added to the invoiced amounts payable and shown separately on the invoice and Company shall pay such amounts to Contractor in addition to the invoiced amounts payable  Contractor shall make all reasonable efforts to minimize its liability to pay and to recover from Company any such Transactional Taxes that may be assessed on compensation or payments pursuant to this Agreement, and Contractor shall cooperate fully with Company in any reasonable and lawful effort by Company to reduce or eliminate any such Transactional Taxes that Company might otherwise bear pursuant to this Agreement

15 3      Except as otherwise provided, all amounts due and payable by Company to Contractor under this Agreement shall be made in the full amount of the price  Notwithstanding the foregoing, should any Governmental Requirement or taxing authority require withholding of Taxes from payments to Contractor, Company shall comply with such requirement to withhold and shall deduct and timely remit such withholdings to the proper Governmental Entity or taxing authority, unless Contractor demonstrates, to the satisfaction of Company, exemption from such withholding  Contractor shall complete, sign, and return to Company any forms regarding withholding or other taxpayer information that Company reasonably requests from Contractor  Company shall cooperate fully with Contractor in any reasonable and lawful effort by Contractor to reduce or eliminate the amount of withheld or deducted Taxes that Contractor might otherwise bear pursuant to this Agreement

15 4      If this MSA or any Commercial Terms is subject to stamp duty, fee, or registration with any Governmental Entity pursuant to a reasonable interpretation of the applicable Governmental Requirements, then Company will be responsible for the required formalities and bear the related costs  Company shall return to Contractor a copy of the registration certificate or a registered copy of the MSA or Commercial Terms within ten (10) days of registration and shall provide Contractor with evidence of payment of any stamp duty or fee upon request

15 5      If Company benefits from any exemption from Taxes applicable to Contractor and Contractor Group, then Company agrees to provide Contractor and Contractor Group, without charge, with documentation acceptable to the applicable Governmental Entity supporting such exemption and with instructions for Contractor and Contractor Group about the procedure to apply for and obtain the exemption

15 6      Subject to the terms of this Section 15 6, Contractor shall fully release, defend, and indemnify Company Group from and against, and hold each of them harmless from, any and all Taxes that are imposed, levied, or assessed against Contractor or any member of Contractor Group for which Contractor or a member of Contractor Group bears primary liability therefor under any Government Requirement

15 7      The prices included in any Commercial Terms do not include the amount of any of Company's Taxes or Transactional Taxes. Company shall be responsible for and shall pay directly when due and payable any and all of Company's Taxes and Transactional Taxes. Subject to the terms of this Section 15.7, Company shall fully release, defend, and indemnify Contractor Group from and against, and hold each of them harmless from, all Claims and Losses resulting from, arising out of, or relating to  (a) Transactional Taxes and any and all Taxes levied on Company or any member of Company Group that are Taxes for which Company or a member of Company Group bears primary liability therefor under any Government Requirement, and (b) any breach of Company's obligations pursuant to this Section 15.

DocuSign Envelope ID: A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

15.8    Company and Contractor shall maintain (and shall ensure that each of its Affiliates and subcontractors maintain) records sufficient to substantiate all Taxes that may affect any of the obligations of Contractor or Company under this Agreement for so long as the longest applicable statute of limitations remains open related to such Taxes paid or allegedly due in connection with this Agreement. These records shall be provided by Company or Contractor upon the request of the other and at the requestor's sole expense.

15.9    The terms and provisions of this Article 15 can be modified or integrated in the specific Commercial Terms according to specific Governmental Requirements and contracting entities involved; provided, however, that each Party shall remain responsible for payment of its own Taxes.

16.    **AUDIT**:

16.1    Contractor shall maintain Records and further agrees to retain all Records during the Term of any Commercial Terms (as defined in each such Commercial Terms) and for a period of at least two (2) years after the performance of the Work pursuant to any relevant Commercial Terms (including any warranty period), and agrees that Company (or its designated professional advisors) may, at any time during business hours until the expiration of such two-year period, at its own cost and expense, and upon providing written notice to Contractor, audit any Records for purposes of verifying compliance with the terms and conditions of this Agreement. However, the components of a lump sum price shall not be subject to the aforementioned audit. Company or its authorized representatives shall have the right to reproduce and retain copies of any of the aforesaid Records and shall be responsible for all costs associated therewith. In addition, all safety, environmental, and health information furnished by Contractor to Company will be subject to audit and shall be retained by Contractor following the performance of the Work pursuant to any Commercial Terms, including any warranty period, plus two (2) years, or as otherwise required by a Governmental Requirement.

16.2    The rights of Company under this Section 16 shall be additional to and shall not prejudice any other or additional rights and remedies afforded to Company by law to audit the Records and shall be without prejudice to Company's right to take legal action with respect thereto, including the right to dispute any invoice as a result of such audit. In the event that an error is discovered pursuant to this Section 16, then the Parties shall remedy the error, and the Party owing payment shall pay the other Party the amount concerned within thirty (30) days of the error being substantiated.

17.    **NOTICE**:

Except as otherwise specifically provided in this Agreement, any notice to be given by either Party shall be in writing and shall be sufficient if personally delivered as evidenced by a signed receipt; delivered by overnight carrier; faxed (followed by notice by personal delivery, overnight carrier, or certified mail); or sent certified mail, return receipt requested, postage prepaid to the address indicated for such Party on the first page of this MSA or at the address indicated for the Affiliate party to the relevant Commercial Terms, as applicable. Any notice shall be deemed delivered when: (a) delivered in person or by overnight courier, (b) sent by facsimile, on the date of receipt of the facsimile, provided the sender can and does provide evidence of successful transmission before 5:00 p.m. on a business day of the receiving Party, or (c) on the third business day after the date mailed in the manner set out above. Any notice sent by facsimile and received after 5:00 p.m. on a business day of the receiving Party shall be deemed given on the next following business day of the receiving Party. The designation or address of the Party to be notified may be changed at any time by delivery of notice of that change to the other Party. The Parties agree not to conduct the transactions contemplated by this Agreement by electronic means. **The exchange of electronic mail between the Parties may be done for general information matters, but no electronic mail shall be deemed to be notices under this Agreement, nor shall such email exchanges modify either Party's election not to conduct the transactions contemplated by this Agreement by electronic means.**

18.    **ANTI-KICKBACK**:

Contractor represents and warrants that no consideration, kickbacks, fees, payments, or things of value above what is ordinarily encountered in usual and customary business practices and what is permitted by any applicable anti-kickback or anti-bribery Governmental Requirements, were given or requested to or by any Company employee as an inducement to enter or continue this MSA or Commercial Terms, and that Contractor further agrees to immediately

DocuSign Envelope ID: A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

report any such request, demand, or occurrence by any Company employee to a toll-free compliance line (+1 (800) 699-7702) or to Company's or its relevant Affiliate's managing counsel.

19.     ASSIGNMENT:

This Agreement shall be binding on the Parties, their successors and permitted assigns. Neither Party shall assign or delegate its duties under this Agreement without prior written approval of the other Party, which shall not be unreasonably withheld. Any purported consent or delegation without such approval shall be void, except when a Party assigns its rights and obligations under this Agreement in connection with the sale of all or a substantial part of its business.

20.     CHOICE OF LAW:

20.1     With respect to Commercial Terms regarding Work performed in the United States of America, **THE PARTIES AGREE THAT THE LAWS OF THE STATE OF TEXAS SHALL GOVERN THIS MSA AND ANY COMMERCIAL TERMS, WITHOUT THE APPLICATION OF CHOICE OF LAWS RULES. THE PARTIES VOLUNTARILY SUBMIT TO THE JURISDICTION AND VENUE OF THE FEDERAL OR STATE COURTS OF THE STATE OF TEXAS FOR THE ADJUDICATION OF THEIR LIABILITIES AND RESPONSIBILITIES UNDER THIS AGREEMENT.**

20.2     With respect to Commercial Terms regarding Work performed outside the United States of America, the Parties shall mutually agree upon, and explicitly state in the relevant Commercial Terms, the law governing such Commercial Terms and the terms of this MSA, and the tribunal for the adjudication of their liabilities and responsibilities thereunder. If there is no agreement stated in the relevant Commercial Terms regarding the choice of law, the Parties voluntarily submit to the jurisdiction and venue of the courts of the State of Texas for the adjudication of their liabilities and responsibilities thereunder. The Parties agree that the United Nations Convention on the International Sale of Goods does not govern this Agreement. The Parties agree that provisions of Exhibit G – "International Requirements" apply to Work performed outside the United States.

21.     REMEDIES CUMULATIVE; NO WAIVERS:

**No right or remedy conferred on or reserved to the Parties by this Agreement shall be exclusive of any other right or remedy, and unless otherwise provided in this Agreement, Company and Contractor shall retain all rights and remedies, both under this Agreement and at law or in equity, that either may have against the other. Subject to the provisions of Article 23, all rights and remedies conferred on the Parties by this Agreement or by law shall be cumulative and in addition to every other right and remedy available to the Parties. No failure on the part of any Party to exercise, and no delay in exercising, any right or remedy under this Agreement shall operate as a waiver unless such right or remedy is specifically waived by such Party in writing; nor shall any single or partial exercise by a Party of any right or remedy under this Agreement preclude any other or further exercise of any other right or remedy.**

22.     CONTINUING OBLIGATIONS:

In the event of termination or expiration of this Agreement, the provisions pertaining to warranty, indemnity, audit, confidentiality, insurance, disclaimer of consequential damages, limitation of liability, dispute resolution, and governing law shall remain in full force and effect.

23.     CONSEQUENTIAL DAMAGES:

23.1     Notwithstanding any other provision of this Agreement to the contrary, Company hereby releases Contractor Group from any indirect, incidental, consequential, punitive, or exemplary damages arising out of or related to this Agreement or the Work, including lost profits or lost opportunity, except to the extent that Contractor is required under Section 13.3 of this Agreement to protect, defend, indemnity or hold harmless Company Group for Claims and Losses of a Person (other than Company) that would be deemed to be indirect, incidental, consequential, punitive, or exemplary damages under this Section 23.1.

23.2     Notwithstanding any other provision of this Agreement to the contrary, Contractor hereby releases Company Group from any indirect, incidental, consequential, punitive, or exemplary damages arising out of or related to this Agreement or the Work, including lost profits or lost opportunity, except to the extent that

DocuSign Envelope ID: A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

Company is required under Section 13.3 of this Agreement to protect, defend, indemnity or hold harmless Contractor Group for Claims and Losses of a Person (other than Contractor) that would be deemed to be indirect, incidental, consequential, punitive, or exemplary damages under this Section 23.2.

24. **COMPLIANCE WITH LAWS AND COMPANY POLICIES:**

24.1 <u>Compliance with Governmental Requirements.</u>

(a) The Parties agree to comply with all Governmental Requirements directly affecting the Work or the performance of either Party's obligations under this Agreement. Notwithstanding anything in this Agreement to the contrary: (1) nothing herein shall require either Party to take any action that would cause it or any of its Affiliates to be in violation of, or subject to penalty under, any law, rule, order or regulation applicable to such Party or any of its Affiliates, and (2) Contractor shall not take any action that would result in Company or any of its Affiliates being in violation of, or subject to penalty under, any law, rule, order or regulation in effect in the United States of America.

(b) The Parties shall comply with, and shall endeavor to ensure that each member of Contractor Group or Company Group, as applicable, also comply at all times with all Governmental Requirements pertaining to employment and compensation of employees, including visa requirements, work authorizations, equal employment opportunity laws and payment of all wages and benefits. For Work performed in the United States, such Governmental Requirements may include, solely to the extent applicable, but are not limited to, Executive Order 11246 and the regulations, orders and rules issued thereunder; the Rehabilitation Act of 1973 and the regulations, orders and rules issued thereunder; the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, and the regulations, order and rules issued thereunder; the Equal Opportunity Clause (41 C.F.R. 60-1.4); the Affirmative Action and Non Discrimination Clause for Individuals with Disabilities (41 C.F.R. 60-741.5); the Affirmative Action and Non-Discrimination Clause for Special Disabled and Vietnam Era Veterans (41 C.F.R. 60-250.4); Utilization of Small, Small Disadvantaged, and Women Owned Small Business Concerns (FAR 52.219-8); Small, Small Disadvantaged and Women Owned Small Business Subcontracting Plan (FAR 52.219-9); and other applicable sections contained in 41 C.F.R. Chapter 60.

(c) In connection with the Work to be performed under this Agreement, each Party shall comply with, and shall endeavor to ensure that each member of Contractor Group or Company Group, as applicable, also complies at all times with, all applicable U.S. Anti-boycott and Export Control laws, rules and regulations. Neither Party will take, directly or indirectly, any action that will result in a violation by the other Party of applicable Anti-boycott or Export Control laws. The Parties shall not export or re-export any goods, software or technology (including, without limitation, technical data), directly or indirectly, without first obtaining all written consents, permits, or authorizations and completing such formalities as may be required by any such laws, rules or regulations. Each Party shall assist the other Party in applying for such consents, permits or authorizations and completing such formalities, if so requested. Each Party shall provide to the other Party upon request copies or other written evidence of such consents, permits or authorizations and such other information regarding export control classifications as may reasonably be requested.

1. Each Party warrants that it has in place appropriate screening procedures to ensure compliance with such laws, rules and regulations and shall apply those procedures in connection with the Work to be performed under this Agreement. Each Party agrees to keep Records of its export and re-export related activities for a minimum of five (5) years or such period as is required from time to time by all relevant laws, whichever is the greater. Each Party shall make such Records available to a duly authorized representative of the other Party upon reasonable request for inspection and copying.

2. Contractor will furnish to Company any information requested by Company for compliance with Governmental Requirements related to the Work, including, but not limited to, "Schedule B numbers", "export control classification numbers (ECCN)," and types of licenses issued by the United States Bureau of Industry and Security.

DocuSign Envelope ID: A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

(d)      In connection with the Work to be performed under this Agreement, each Party shall comply with and shall endeavor to ensure that each member of Contractor Group or Company Group, as applicable, also complies at all times with, U.S. economic sanctions laws, which restrict or prohibit the Parties' ability to conduct business with certain entities or countries, as specified by the United States government. For Contractors not subject to U.S. economic sanctions laws, Contractor will not take, directly or indirectly, any action that will result in a violation by Company of U.S. economic sanctions laws. In connection with the Work to be performed under this Agreement, Contractor will not engage in dealing with any country, government, entity, or individual with respect to which Company is prohibited from doing business under U.S. economic sanctions laws.

24.2      Compliance with Company Policies

(a)      Contractor acknowledges that Company has entered into this Agreement based upon various factors, including the reputation of Contractor, leading Company to believe that Contractor and Contractor Group will not violate, or cause Company or its Affiliates to violate any Governmental Requirements. Contractor acknowledges that it has accessed and reviewed a copy of the Code accessible at http://www.oxy.com/investors/Documents/code_of_business_conduct.pdf.

(b)      Contractor shall observe and comply with all Company policies, procedures, and guidelines as may be communicated in writing by Company to Contractor from time to time. Work performed outside the United States requires compliance with additional Company policies, procedures and guidelines, including those described in Exhibit G – International Requirements.

24.3      Termination for Non-Compliance. Compliance with Governmental Requirements and Company policies, procedures, and guidelines shall be considered as minimum requirements. If either Party breaches any provision of this Section 24, the other Party may terminate this MSA or any Commercial Terms upon ten (10) days written notice without further compensation other than compensation for Work performed up to the date upon which notice of non-compliance was received by the non-compliant Party.

DocuSign Envelope ID: A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

# Exhibit A

# Form of Commercial Terms

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

# COMMERCIAL TERMS

Version 2 – April 2020

| COMMERCIAL TERMS NO<br>(Ariba Contract Number) | EFFECTIVE DATE | PAGE |
|---|---|---|
| | --------------XXXX | 1 of X |

These Commercial Terms, **(Ariba Contract Number)** ("Commercial Terms") by and between Contractor and Company (referred to individually as a "Party" or collectively as the "Parties") is comprised of the body hereof and the Exhibits listed, if any, in the Table of Exhibits below, and the terms and conditions of Master Services Agreement No. ____ between the Parties, dated as of _____ ("MSA"), all of which are incorporated into and made a part of these Commercial Terms by reference, and by signature below Contractor acknowledges receipt of all such incorporated documents In the event of a conflict between these Commercial Terms and the MSA, the provisions of the MSA shall control, unless such conflict is specifically noted in these Commercial Terms and the Parties specifically agree that the noted conflict is to be governed by the provisions of these Commercial Terms

| ISSUED TO: | ISSUED BY: |
|---|---|
| ------------ | **(Specify the Oxy legal entity contracting the Work)** |
| **Physical Address:**<br>------------ | **Physical Address:**<br>------------- |
| **Mailing Address:**<br>------------ | **Mailing Address:**<br>------------ |
| Herein Called "CONTRACTOR" | Herein Called "COMPANY" and/or "OXY" |
| **Contact:** ------------- | **Contact** : _____ |
| **Phone No.:**<br>**Fax:**<br>**Email:** | **Phone No.:** _____<br>**Fax:** _____<br>**Email** _____ |

IN WITNESS HEREOF, the Parties have duly executed these Commercial Terms effective as of the date first above written

**CONTRACTOR**

**COMPANY**

By _____

By _____

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

# COMMERCIAL TERMS

Version 2 – April 2020

| COMMERCIAL TERMS NO.<br>(Ariba Contract Number) | EFFECTIVE DATE | PAGE |
|---|---|---|
| | ---------------XXXX | 1 of X |

Name _____     Name _____

Title _____     Title _____

Date _____     Date _____

DocuSign Envelope ID: A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

| COMMERCIAL TERMS NO.<br><br>(Ariba Contract Number) | EFFECTIVE DATE | PAGE |
|---|---|---|
| | -------------XXXX | 2 of X |

| Table of Exhibits | |
|---|---|
| No. | Description |
| 1 | |
| 2 | |
| 3 | |

1. **SCOPE OF WORK:**

2 **TERM:**

These Commercial Terms shall be effective from the Effective Date until _____ (the "Expiration Date"), unless earlier terminated in accordance with the terms of the MSA.  Any orders for Work placed by the Company prior to the Expiration Date, but not delivered or performed by Contractor until after the Expiration Date, shall continue in effect and be governed by these Commercial Terms. No new orders for Work, however, may be placed after the Expiration Date.

3. **COMPENSATION:**

4. **SPECIAL PROVISIONS:**

{Note to Affiliates performing Work outside the United States of America:  Please use this space to include special local legal or contractual conditions, such as taxation, labor & employment issues, and the like.  Local counsel should be consulted to approve these Commercial Terms before their execution.}

DocuSign Envelope ID  A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

# Exhibit B

## Invoicing Requirements

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072



## GLOBAL INVOICING REQUIREMENTS

### 1. METHODS

1 1 Company has implemented ARIBA/SAP permitting the transmission of invoices and other applicable data through a digital data exchange system

1 2 ARIBA is the Company's preferred electronic invoicing method, where deployed Contractor shall submit invoices through ARIBA according to the Company's instructions. However, Contractor may submit invoices via mail, electronically or through other methods with Company's prior agreement.

1 3 Contractor shall, whether via mail, electronically or through the agreed method, submit a separate invoice for each of Company's Affiliates and shall ensure the proper Affiliate name is referenced.

1 4 If the Contractor does not have access to ARIBA, the contractor may contact the Company's contact identified on the first page of the Commercial Terms for assistance

1 5 Except as otherwise specified in the Commercial Terms, all amounts paid to the Contractor shall be on the basis of itemized invoices submitted not later than ninety (90) days after the performance of the Work being charged, clearly describing the Work performed and supported by adequate documentation as per the requirements herein The Parties shall use their respective reasonable efforts to settle any disputed portion of any invoice, which shall then be re-invoiced without any interest or mark-up An administrative and processing fee equal to five percent (5%) of the total amount of the invoice shall be deducted by the Company from any invoice submitted by the Contractor more than ninety (90) days after its due date set forth in this Section Contractor shall waive any and all rights to collect payment, and Company shall have no obligation to pay invoices that have been submitted 180 days after performance of the Work

### 2. INVOICE CONTENTS

2 1 Whether via mail, electronically or other agreed method, Contractor's invoices shall reference the applicable Purchasing Document and shall include the following information

(a) Contractor Data

    (1) Contractor's name
    (2) Contractor's address including Email
    (3) Invoice number and date
    (4) "Remit to" address (bank details)
    (5) Payment terms with discounts clearly stated as applicable, as per the Commercial Terms
    (6) Phone Number

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

(b)     Company Data

The following <u>MUST</u> always be included in each invoice and should be provided by the requisitioner·

(1)  Appropriate Company / Affiliate name
(2)  Requisitioner's name
(3)  Plant / Lease / Facility / Well name / Well Number (if applicable)
(4)  Purchasing Document Number

(c)     Supporting Documentation

(1)  Field Ticket(s) or equivalent document containing detailed description of the Work (including date, time and location)

(2)  Third Party charges to be passed through to Company must be

ı Authorized by Company in the Agreement, Commercial Terms, or in writing signed by an authorized Company representative,

ıı Supported by copies of the Third-Party invoices to Contractor, together with receipts evidencing payment thereof by Contractor

2 2     Contractor shall indicate separately on each invoice charges for (a) labor, (b) materials, (c) freight, and (d) any sales and/or use taxes due

2 4     Invoices that do not conform, in whole or in part, to the requirements herein shall be returned to Contractor unprocessed and shall be considered not submitted for purposes of this Agreement

## 3.    FREIGHT CHARGES

Freight charges paid by Contractor for Company's account must be shown separately on invoices and shall be supported by a receipted bill if transportation charges exceed Fifty U.S Dollars ($50 00) Contractor shall not charge tax on transportation Any time freight is added in ARIBA the buyer will see these invoices to review   Freight is not an unplanned line in ARIBA   It is only unplanned line in paper

## 4.    PAYMENT TERMS

Unless otherwise agreed upon by the Parties in the Commercial Terms, payment of undisputed invoices shall be made thirty (30) days after receipt of Contractor's invoice at the appropriate Affiliate's billing as indicated in section 1 above

## 5.   WORK PERFORMED OUTSIDE THE UNITED STATES

For Work performed outside the United States, and to the extent necessary, the Parties may agree to different invoicing terms to comply with the relevant tax authorities, Governmental Entities and Governmental Requirements. Any changes to this Exhibit shall be included in the applicable Commercial Terms

Version 2 – April 2020

# Exhibit C

## Occidental Oil and Gas Corporation Minimum Health, Environment, and Safety Requirements



DocuSign Envelope ID: A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

## MINIMUM HEALTH, ENVIRONMENT AND SAFETY REQUIREMENTS

Without limiting or enlarging the generality and application of the terms and conditions of any prospective contract for the provisions of goods and services between the Company and the Contractor (as defined in the Agreement), the Contractor shall abide by, and cause the Contractor's Group (as defined in the Agreement) to abide by, the Company Minimum Health, Environment and Safety Requirements ("HES Requirements") set forth herein. Notwithstanding the foregoing, Company and Contractor hereby agree that nothing in these HES Requirements will be deemed to modify the provisions of any prospective contract regarding assumption of liability and indemnity. Further, the Parties hereby agree that the obligation to "ensure" a particular matter as used in these HES Requirements requires only that a Party take reasonable steps to obtain the desired result, and does not constitute or require a guaranty or warranty of any kind. Each Business Unit (as defined below) in coordination with its HES Department(s) may agree through the applicable work order or commercial terms on additional local HES provisions that are compatible with specific operations and local requirements; provided however, that in no event shall those additional provisions be less restrictive than the requirements set forth in these HES Requirements.

### 1. Health, Environment and Safety Commitment.

Company is committed to respecting the culture, customs, laws and rights of the communities in which the Company conducts business. This commitment is defined in Occidental Petroleum Corporation (OPC) Health, Environmental Protection and Safety, Security Policy, Human Rights Policy which are available upon request. Any questions or concerns related to these matters should be promptly communicated to the designated SPOC.

The Contractor shall demonstrate a strong commitment to Health, Environment and Safety matters and must have established HES Management System and related policies and procedures. Copies of such policies and procedures shall be submitted upon request for review and reference by the Company prior to the execution of any prospective work. The Contractor shall take into account and shall comply with all applicable laws, orders, regulations and permits that are effective or become effective during the life of any prospective contract. The Contractor shall also be held responsible for complying with its own policies and procedures related to HES matters. The Contractor shall designate a supervisory person for the Work Site (as defined below) who is competent and has the authority to implement the Contractor HES System properly.

This document contains a summary of the Company's HES minimum standards which shall also be applicable to the Contractor Group during the provision of goods and services under any prospective contract:

### 2. Stop Work Authority

Every Company employee and Contractor has the right, obligation, authority, and responsibility to stop any work or action that is unsafe or that, if continued, may result in adverse impact to the environment. No employee or Contractor will be subject to discipline or sanction for stopping any work or action that he or she believes in good faith is unsafe or may result in adverse impact to the environment. Work must be stopped in a safe manner and immediately reported to the immediate supervisor or Company representative. Appropriate actions will be taken to mitigate the hazard before work will be allowed to commence. Every Contractor shall have a SWA (as defined in Section 2) program that advises their employees of their rights to use SWA.

### 3. Definitions

    3.1.   ANSI – American National Standards Institute.
    3.2.   API – American Petroleum Institute.
    3.3.   Arc Flash PPE Category – Rating of arc rated garments to resist electrical arc flash as identified by NFPA 70E.

DocuSign Envelope ID: A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

3.4. ASME – American Society of Mechanical Engineers.

3.5. Business Unit – Shall mean the name given to foreign and domestic operating business locations of the Company.

3.6. CFR – United States, Code of Federal Regulations.

3.7. Competent Person – A person who by possession of recognized degree, professional certification or who by extensive knowledge, training, and experience, has successfully demonstrated the ability to solve problems relating to the subject in matter and Work.

3.8. EPA – United States, Environmental Protection Agency.

3.9. FRC – Flame Resistant/Retardant Clothing

3.10. H2S – Hydrogen Sulfide

3.11. HES - the functional areas of occupational health, industrial hygiene, environmental protection, remediation, safety, process safety, transportation and pipeline safety, security, and management of risks pertaining to the foregoing areas.

3.12. HIPAA – Health Insurance Portability Accountability Act.

3.13. HMIS – Hazardous Material Identification System.

3.14. Human Factors – Human factors are generally classified in two categories; engineering and ergonomic; e.g. positioning of controls, tools, job requirements, cramped spaces, obstructions, etc.

3.15. ISNetworld – a third party service that collects data related to Contractors Safety Management Systems to determine basic compliance with regulatory requirements. Data provided by the ISNetworld database is part of the information used by Company to evaluate Contractor HES performance.

3.16. JSA – Job Safety Analysis. A risk assessment tool used to identify and control workplace hazards. Also known as Job Hazard Analysis (JHA).

3.17. Natural Fall Lane – The natural fall area of a mast is the direction from which the mast is raised and possibly, but not limited to, 180° opposite (other factors which may contribute to unnatural fall lanes are wind and snagging of guy lines). The actual distance varies based on fixed and adjustable (telescoping) masts.

3.18. NFPA – National Fire Protection Association.

3.19. OSHA – Occupational Safety and Health Administration created by the Occupational Safety and Health Act of 1970, as amended. Agency of the US government that oversees worker safety and health.

3.20. PPE – Personal Protective Equipment. Refers to protective clothing, helmets, goggles, or other gear designed to protect the wearer's body or clothing from injury by electrical hazards, heat, chemicals, and infection, for job-related occupational safety and health purposes.

3.21. Replacement in Kind - an item (equipment, chemical, procedure, etc.) that meets the design specification of the item it is replacing. This can be an identical replacement or any other design alternative specifically provided for in the design specification, as long as the alternative does not in any way adversely affect the use of the item or associated items.

3.22. SDS – A "safety data sheet" is a form containing data regarding the properties of a particular substance. An important component of product stewardship and workplace safety, it is intended to provide workers and emergency personnel with procedures for handling or working with that substance in a safe manner, and includes information such as physical data (melting point, boiling point, flash point, etc.), toxicity, health effects, first aid, reactivity, storage, disposal, protective equipment, and spill handling procedures.

3.23. SPCC – Spill Prevention, Control and Countermeasure (U.S. EPA 40 CFR part 112).

3.24. SPOC – Single Point of Contact.

3.25. Subsidiary - Any subsidiary or entity with respect to which OPC directly or indirectly owns or controls more than fifty percent (50%) of such subsidiary's or entity's voting or ownership interests.

3.26. SWA - Stop Work Authority.

3.27. SWS – Safe Work System

3.28. USDOT – United States Department of Transportation.

3.29. Work Site – Site under control of the Company where Work is being performed on behalf of the Company; e.g. leased, owned and rented property.

Company and Contractor agree to refer to sources generally used in the oil and gas industry to define or clarify certain HES terms contained herein, that have not been specifically defined in these HES Requirements.

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

4  **Commencement of Work on any Company Work Site.** The Contractor shall not commence any Work at any Company Work Sites until authorized to do so by a Company representative

5  **Designated HES SPOC.** As required by the Company, Contractor shall designate, in writing, an HES SPOC

    **5.1**    SPOC is designated to ensure the Contractor's and Company's specified HES policies and programs are implemented, by the Contractor Group, on all respective Work Sites

    **5.2**    SPOC will conduct periodic HES inspections, process employee HES issues and follow up on the correction of HES action items

    **5.3**    SPOC will ensure that all HES inspections, HES problems and corrective actions are documented and made available to the Company HES SPOC upon request

**6.0 Contractor HES Coverage at Work Site.** The Contractor shall ensure sufficient and competent HES resources depending on the volume of the project and in proportionate to the workforce are provided at Contractor Group work activities as per the Contractor's HES coverage plan at Company Work Sites  The Contractor shall in all cases demonstrate appropriate management of risk specific to the nature of the work, through the planning, selection and appointment of sufficient HES resources to manage the work activities, irrespective of the number of personnel at any given site and subject to approval in all cases by the Company

Additionally, the Company's expectation is that m the Contractor Group's HES professionals must hold OSHA 30-Hour, Certified Safety and Health Official (CSHO) or similar health and safety qualifications or credentials  The Contractor is required to supply a HES coverage plan that includes the HES organizational chart as part of the Contractor's HESMS plan  The recommended ratio of the HES coverage is as follows

| Number of employees | HES Manager | HES Lead | HES Representative |
|---|---|---|---|
| Up to 50 | Not required | Not required | One (01) |
| Above 50 and below 100 | Not required | Not required | One (01) for every additional 50 employees |
| 101- 250 | | One (01) | 1 50 |
| 251 and above | | One additional for every 250 employees | 1 50 |
| 501 and upwards | One (01) | 1:250 | 1 50 |

**7.0 HES Statistics, Incident Reporting and Investigations.**

    **7.1**    **HES Statistics.**

        **7.1.1**    Contractor shall provide a monthly HES statistics report as part of any prospective contract no later than the **fifth calendar day** of the month via ISNetworld Site Tracker and Sub Tracker. The monthly cut off for each report shall be the close of business up to and including the final day of each month  The report will include hours worked, number of employees and incidents as classified per OSHA reporting requirements  The hours worked and HES statistics shall include sub-Contractors

        **7.1.2**    The following numbers should be represented in the report which calculates an injury/illness rate (e g [medical treatment only cases + restricted work day cases + lost work day cases + fatalities x 200,000] – man-hours = IIR)

            **7.1.2.1**    Number of man-hours worked per month & year-to-date

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

**7.1.2.2**   Number of first aid cases per month & year-to-date

**7.1.2.3**   Number of medical treatment only cases per month & year-to-date

**7.1.2.4**   Number of restricted work day cases per month & year-to-date

**7.1.2.5**   Number of lost work day cases per month & year-to-date

**7.1.2.6**   Number of fatalities per month & year-to-date

**7.1.3**   Contractor shall report other leading or lagging HES metrics as required by the Business Unit

## 7.2   Incident Notification and Response.

**7.2.1**   Contractor shall be required to immediately notify the Company's Work Site manager/supervisor (or designated Company representative) of all incidents involving injury or illness to Contractor Group (including Sub-Contractors), damage to Company or Contractor Group equipment as a result of Contractor activities at the Work Site and any spill/release of fluids or chemicals

**7.2.2**   Unsafe conditions shall be immediately reported to the Company "Near Miss" incidents that could have resulted in injury or damage shall be reported by the Contractor to the Company in order to ensure appropriate action is taken

**7.2.3**   Contractor and Sub-Contractors shall implement a medical case management program (including subscribing to a company that provides Medical Case Management

**7.2.4**   Contractor and Sub-Contractors shall subscribe to ISNetworld

## 7.3   Incident Investigation and Report.

**7.3.1**   Contractor shall submit an initial preliminary written incident report within twenty-four (24) hours of a workplace incident, with known facts, to the Company's site manager/ supervisor (or their designated Company representative)

**7.3.2**   Contractor shall promptly investigate all injuries, illnesses, equipment or property damage, environmental spills/releases, and other HES related incidents This includes all Sub-Contractor incidents

**7.3.3**   Contractor shall provide to Company's representative written interim incident investigation reports for all incidents within seven calendar days

**7.3.4**   Contractor shall provide final written incident investigation reports within thirty (30) calendar days or as specified by the Business Unit

**7.3.5**   Contractor shall afford for, as designated by the Company, Company personnel's participation in any investigation of incidents at Company Work Sites

**7.3.6**   Contractor shall allow personnel designated by the Company to reproduce all Work Site audits and incident investigations for the purpose of correction, training, investigation and root cause analysis

**7.3.7**   Contractor shall provide the Company representative with copies of all incident reports that result in formal notification to any government entity.

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

**7.3.8** Contractor shall promptly notify the Company of any investigations, inspections or penalties assessed on the Contractor Group by any government entity, relating to or in connection with any Work performed for the Company

**7.3.9** The minimum contents of an incident investigation report should include

**7.3.9.1** Work Site (facility name and address)

**7.3.9.2** Specific part of the facility and/or equipment (name plate data)

**7.3.9.3** Chronology from pre-incident status through end of incident (e g computer equipment event recorder printouts, strip charts, etc )

**7.3.9.4** Injury details (treatment facility, name, age, years of service, time in current position, body part injured, medical treatment received or recommended, shift time)

**7.3.9.5** OSHA incident classification

**7.3.9.6** Impact of the incident on people, the community, the environment or the Company assets

**7.3.9.7** Activity involving regulatory agencies, legal actions, citations or proposed fines

**7.3.9.8** Analysis of the design, maintenance and operation of the systems that were in place to prevent such incidents.

**7.3.9.9** Analysis of protective equipment performance (e g emergency shutdown systems, fire alarms, sprinklers, water supplies, process controls, instruments, containment systems, etc ); any impairment of protective equipment and measures taken to restore protection

**7.3.9.10** Analysis of administrative and Human Factors (e g were there written procedures, were the procedures followed, were procedures adequate, etc )

**7.3.9.11** Analysis of emergency response (e.g. civil defense, fire brigade, public fire department, spill response plan, public notification, reporting to authorities, etc )

**7.3.9.12** Causal factors and root cause(s) of the incident

**7.3.9.13** Immediate actions taken to prevent reoccurrence

**7.3.9.14** Recommendations and corrective action plans with responsible party and completion/target date

**7.3.9.15** Date(s) that corrective action follow-up reports will be issued.

**7.3.9.16** List of people (with their titles) who provided information included in the report

**7.3.9.17** List of the members of the investigation team.

**7.4** **Contractor Monthly Scorecard.** When required by the Company, Contractor shall be required to be a Monthly Scorecard Contractor in Company's scorecard Safety Engagement and Monitoring Program (SEMP) Contractor shall provide monthly HES statistics (leading and lagging) reports no later than the tenth calendar day of each month

DocuSign Envelope ID  A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

**8.0** **General Health, Safety and Welfare.** Contractor is responsible for maintaining all of Contractor's facilities under the Contractor's direction or responsibility in a manner which does not create or otherwise contribute to an unhealthy working or living environment  In order to accomplish this objective, the Contractor shall ensure the following

**8.1** **Information/Postings/Signs.** Emergency, safety and operational information/postings/signs shall be communicated in a format to ensure comprehension by all employees on the Work Site, as per OSHA 29 CFR 1910 145, country, state/province, local or international equivalent

**8.2** **English Language Proficiency.** Contractor shall ensure that at least one person per crew or work group assigned to the Work under a contract are fully capable of communicating (in a verbal and written manner) in English language such as that they can perform the Work safely without an interpreter  If an interpreter is required, Contractor shall provide such interpreter during the entire duration of the contract and at every moment while the non-English employees are executing the Work

**8.3** **Short Service Employee.** Contractor shall have a "Short Service Employee" (SSE) program  The program shall define the Contractor's criteria for an SSE, the process by which new and/or transferred Contractor' personnel shall be mentored, and the process for removal from the SSE program (checklist, supervisor's verification of competencies, etc.).  The Contractor shall have a process that uniquely identifies all SSE's (e g stickers, identifiable hard hats, etc.) and establish a specified minimum timeframe for SSE's to be in the program  Contractor shall have no more than 35% SSE's per crew, gang or Work Site without approval from the Company.

**8.4** **Sub-Contractor**  Contractor shall have a Sub-Contractor program  The program shall have a process for the Contractor to pre-qualify the sub-contractor  The pre-qualifying process shall include at a minimum reviews of the subcontractors last three (3) years of the Sub-contractor's OSHA 300 logs, EMR, insurance, and employee's safety training. Sub-contractor shall subscribe to ISNetworld

**8.5** **Medical Fitness/Personal Hygiene.** The Contractor shall ensure that the Contractor Group's personnel are medically fit to safely perform the Work they are expected to perform  The Contractor, if requested by the Company, shall allow the Company licensed healthcare provider to view health certificates for the Contractor's personnel at the Contractor's office as per HIPAA or equivalent country, state/province, local or international laws  The Contractor shall ensure that the Contractor personnel maintain appropriate standards of personal hygiene during the performance of the Work

**8.6** **Industrial Hygiene**

**8.6.1** The Contractor shall assess employee job duties to determine if hazards are present, or are likely to be present, which necessitate the use of engineering controls, administrative controls or personal protective equipment (PPE).

**8.6.2** The Contractor shall document this hazard assessment through a written certification that identifies the work site evaluated, the person certifying that the evaluation has been performed, and the date(s) of the hazard assessment.

**8.6.3** Based on the results of this hazard assessment, the Contractor may be required to perform an industrial hygiene assessment of their workers to determine the level of exposure to hazards (chemicals, lead, dust, noise, respirable crystalline silica, etc )

**8.6.4** The Contractor will take appropriate measures based on these assessments to safely manage Contractor employee exposures

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

8.7     **Thermal Illness Prevention.** *Contractor will train employees on the topic of heat and/or cold stress illness,* the symptoms of heat and/or cold stress, treatment of heat and/or cold stress and practices to avoid heat and/or cold stress illness  Heat stress training will include rest breaks and water consumption rates related to temperature and humidity level, recommended rest periods per hour of work and provisions for shade and adequate water supplies

8.8     **Permitted Work Activities.**  Permitted work activities include confined space entry, lockout/tagout, trenching & excavation, electrical, and hotwork and require the use of a permit  The Contractor is required to be familiar with permitted Company work through the use of a safe work system permit and all potentially hazardous work listed below  Drilling and Completions Controlling Contractors must have approved bridging documents in place to identify the Controlling Contractors permit to work program that is in effect

        8.8.1     **Hot Work.** Any work that may introduce any source of ignition where flammable vapors may be present or will generate sufficient heat to ignite combustible and/or flammable materials and these materials will support combustion once ignited  Some examples of hot work are cutting, brazing, soldering, thawing pipes, torch applied roofing, grinding and welding  Abrasive blasting is also included in Hot Work Program  Hot work permits require a designated firewatch trained on the duties that the firewatch is responsible for  Refer to Company representative for questions or concerns

        8.8.2     **Confined Space Entry**  A confined space is defined as  A space large enough and so configured that an employee can bodily enter and perform assigned work, and has limited or restricted means for entry or exit (for example, tanks, vessels, silos, storage bins, hoppers, vaults, and pits or spaces that may have limited means of entry), and is not designed for continuous employee occupancy  This definition could also apply to a trench, bellhole, cellar, or excavation (refer to 1926 21(6) (ii))

        8.8.3     **Lockout/Tagout.** Required use of Lockout/Tagout controls must be in place to prevent the release of Hazardous Energy when any of the following occurs where servicing or maintenance of equipment is being performed:

- The employees must either remove or bypass machine guards or other safety devices
- The employee is required to place any part of his or her body in contact with the point of operation
- The employee is required to place any part of his or her body into a danger zone associated with a machine's operating cycle
- When the release of stored energy could injure an employee, Contractor or a member of the public if the isolated device (e g  valve, breaker, etc ) were to be operated by mistake
- In ALL of the above situations, the equipment must be de-energized and locks and tags must be applied to the energy isolating devices.
- All work involving isolation of hazardous energy will be done in accordance with 29 CFR 1910 147

        8.8.4     **Excavation and Trenching.** The Contractor performing trenching and excavation activities on Company property shall provide a competent person capable of identifying existing and predictable hazards in the immediate surroundings  The Contractor shall ensure that the competent person must be on site during all excavation activities where the potential for injury exists  The competent person must comply with any and all applicable OSHA construction regulations  The Contractor shall provide only qualified heavy equipment operators  The Contractor shall ensure that the Company representative is present while excavating including·

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

- Reviewing facility drawings/pipeline atlas for appurtenances and any unusual equipment configurations. Lines must be probed before excavating
- Contacting all underground utility companies in the proximity of the proposed excavation. A written record of these contacts must be made
- Using the state's one call system for notification
- Consider electrical hazards (overhead powerlines, buried electrical lines, etc.), especially near rectifiers

**8.8.5** **Electrical.** The Contractor performing electrical work activities shall provide qualified personnel

- Qualified persons must be trained and knowledgeable of the construction and operations of the equipment or a specific work method, and be trained to recognize and avoid the electrical hazards that might be present with respect to that equipment or work method
- Energized equipment to which a qualified or unqualified person might be exposed must be put into an electrically safe work condition before an employee works within the limited approach boundary or the arc flash protection boundary. For cases where it is determined that the equipment cannot be placed in an electrically safe work condition, an energized electrical work permit must be completed and approved prior to commencing the work
- Energized work that is considered routine for diagnostic testing or troubleshooting is exempted from energized electrical work permit requirements if there is an approved maintenance or operating procedure in place for the task

## 8.9 **Personal Protective Equipment.**

**8.9.1** Contractor shall ensure that all Contractor Group's, including Sub-Contractors personnel wear appropriate personal protective equipment (PPE) for the hazards present at Company Work Sites. Actual PPE requirements shall be determined as per hazard/risk assessments and safety data sheets for products Contractor Group's personnel may be exposed to at the Work Site. Contractor shall ensure all Contractor Group's personnel's PPE meets the applicable ANSI, British Standard (BS), and American Standard Testing Methods (ASTM), OSHA or equivalent standard

**8.9.2** Contractor shall ensure the following PPE is used at a minimum by all Contractor's personnel at Company Work Sites, along with the appropriate training in the proper use and care of such PPE

**8.9.2.1** Hard hats,

**8.9.2.2** Safety glasses with side shields, and

**8.9.2.3** Protective footwear (safety toed boots)

**8.9.3** The following is a list of PPE that, based on the Contractor hazard/risk assessment, may be required for the Work Site and the applicable standards/certifications that apply

**8.9.3.1** Respiratory protection meeting OSHA 29 CFR 1910 134, NIOSH certified

**8.9.3.2** Head Protection meeting ANSI Z89 1 Class 1 Type E&G

**8.9.3.3** Eye and Face Protection appropriate for the work environment and hazards meeting ANSI Z87 1.

DocuSign Envelope ID  A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

**8.9.3.4**  Foot Protection meeting ASTM F 2413 or international equivalent standard

**8.9.3.5**  Hearing Protection meeting ANSI S3 19 standard

**8.9.3.6**  Hand Protection (gloves) appropriate for the work environment, exposure, and hazards

**8.9.3.7**  Flame Retardant Clothing certified to NFPA 2112 / (NFPA 70E Arc Flash PPE Category for personnel performing electrical work) (as identified by regulation or local Company management including but not limited to 29 CFR 1910 132, 29 CFR 1910 335, ASTM 1506, NFPA 70E, NFPA 2112, NFPA 2113)

## 8.10  Hand Safety.

**8.10.1**  Contractor shall have a hand safety awareness training program targeting topics such as  pinch points, hold points, soft grips, cutting devices, proper hand tools, hot/cold conditions, chemical handling, etc

**8.10.2**  Selection of appropriate hand protection shall be based on an evaluation of the performance characteristics of the hand protection relative to the task(s) to be performed, conditions present, duration of use, and the hazards and potential hazards identified

**8.10.3**  Employees are required to use appropriate hand protection when they encounter the following hand hazards

**8.10.3.1** Thermal;

**8.10.3.2** Sharp materials,

**8.10.3.3** Electrical current,

**8.10.3.4** Chemical exposure,

**8.10.3.5** Impact, and

**8.10.3.6** Abrasive materials

**8.10.4**  If a precise PPE workplace hazard assessment has not been conducted for the work task then the following Contractor groups / positions at a minimum shall utilize impact-resistant gloves on Work Sites

- Drilling rig crews,

- Completions crews,

- Facilities and construction crews,

- Well servicing rig crews,

- Flowback crews, and

- Operations / Maintenance roustabout/gang crews.

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

Note   The impact-resistant glove selection / type will be determined by the Contractor

**8.11   Clothing and Other Apparel.** Ragged or loose clothing and jewelry (rings, watches without breakaway non-metallic bands, necklaces, exposed piercings', etc.) are not to be worn when on Work Site   Any clothing that becomes saturated with petroleum products or hazardous chemicals should be promptly removed

**8.12   Firearms, Weapons and Non-Work Related Dangerous Materials.**   The possession of firearms, weapons, explosives or non-work related dangerous materials on Company premises or while conducting Company business, is strictly forbidden

**8.13   Drug and Alcohol Program.**   Contractor Group shall have a written drug and alcohol program that conforms to Company's Drugs, Alcohol and Controlled Substances Requirements.  The program shall have provision for pre-employment, for cause, random and post-accident testing   Contractor shall subscribe to a third-party verification group to monitor Contractor's conformance to the Company's drug and alcohol program

**8.14   Energy Drinks.**  Beverages classified as energy drinks are not allowed to be consumed on Company property   This is an effort to avoid many side effects that these drinks can impose on the body and to ensure that alcoholic energy drinks are not present on Company property.

**8.15   Safety Training.**  Contractor shall conduct a training needs assessment that is representative of the contracted Work Site tasks   Contractor shall ensure that Contractor's personnel have been given the regulatory required, job-related training   Training certifications must be available for review, for all Contractor's personnel working at the Work Site, upon Company request. This shall include the following Safety Training if applicable to the work scope that the contractor performs but is not limited to

- OSHA 10-hour training course or Basic Orientation Plus or equivalent safety training course for all employees
- Operator Qualifications for tasks to be performed
- Hydrogen Sulfide Training
- Model Specific training for powered industrial vehicles to be used
- Confined Space Entry
- Confined Space Rescue
- Hot Work
- Electrical Safety
- Excavation
- Lockout/Tagout
- Hazcom
- Defensive Driving
- Fall Protection / Walking and Working Surfaces
- PPE including Hand Safety Program
- Job Safety Analysis / Permit To Work
- Dropped Objects Prevention (for drilling, completions and well servicing Contractor Group)
- When required by the Company, Contractor Group's personnel performing safety services shall be required to register in the Company's Safety Tier Program. Contractor is accountable to register and fully qualify all personnel, according to the program requirements, that may, at any point in time, provide safety-related services (confined space rescue, fire extinguisher inspections, etc.) for the Company when working on Oxy properties or leases

**8.15.1**   Drilling and well servicing Work requires sufficient personnel on location are trained in well control

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

**8.15.2** The Contractor's Work-site supervisory personnel shall be trained in and be knowledgeable about, the Contractor's applicable HES programs and procedures and shall work to effectively implement them at the Work Site

**8.15.3** All craft, or skilled personnel, must be trained in both the competency of their respective craft and/or skill, as well as mandated safety training associated with such craft and/or skill

**8.16 Behavior Based Safety.** Contractor shall have and implement a "Behavioral Based Safety" or equivalent safety behavioral program to encourage good safety leadership and behavior

**8.17 First Aid/CPR.** Contractor shall ensure sufficient First Aid/CPR equipment and trained personnel (Red Cross, Medic First Aid, etc ) are available at Work Site as per OSHA 29 CFR 1910 151 or equivalent country, state/province, local regulations

**8.17.1** First Aid/CPR kit(s) containing an appropriate quantity of supplies shall be maintained on location at all times

**8.18 HES OXY's Orientation.** Contractor shall ensure all Contractor Group's personnel and Work Site visitors are given OXY's HES Orientation before they are allowed to enter the Work Site Contractors are responsible for verifying their sub-contractor(s) personnel have received the orientation before they are allowed to enter the Work site

**8.19** HES Meetings Each crew shall hold at least daily/shift HES meetings and pre-job talks (JSA, PTW, toolbox, etc ) Such HES meetings shall include all affected personnel on the Work Site Subjects discussed/reviewed shall be documented and copies made available to the Company, as requested

**8.19.1** Contractor shall complete and review, with all affected parties, a Job Safety Analysis (JSA) prior to performing any work Anytime the job scope or the conditions change the contractor shall review and revise (if need) the JSA with all affected parties.

**8.19.2** On Work Sites where simultaneous operations (SIMOPS) will be conducted, daily pre-job planning meeting(s) will be held involving representatives from all potentially affected parties

**8.20 Powered Lifting Device Safety.** All Contractor Group's personnel operating a powered lifting device (forklift, cranes, winches, gin pole trucks, etc ) shall maintain current certification/training per OSHA regulations or equivalent country, state/province, or local regulations The Contractor shall keep a current record of powered lifting device training to present it when requested by the Company The record shall include the name of the operator, date of the certification/training, date of the evaluation and the name of the person(s) giving the training and evaluation/testing All powered lifting devices shall have a pre-use inspection as required by local regulation or manufacturers' recommendation.

**8.20.1** **Effected September 1, 2019-**Gin Pole Trucks shall meet the inspection requirements set forth in IADC Oilfield Gin Pole Truck Requirements

**8.21 Transportation Safety.** The Contractor shall ensure that all Contractor modes of transportation are fit for purpose for travel to/from/within the Company's concessions. The Contractor shall ensure compliance with all applicable country, state/province, and local regulations This shall include, but it is not limited to, the following

**8.21.1** Ensure that Contractor Group's personnel authorized by the Contractor who hold legal operator qualifications including possession of applicable license or certificate are the only individuals allowed to operate the Contractor's modes of transportation or perform covered tasks.

DocuSign Envelope ID  A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

8.21.2   Transportation source(s) are compliant with safety/performance inspections as required by USDOT, or equivalent country, state/province, local or international laws or regulations for the respective modes of transportation

8.21.3   Provide a means of communication (i e  cell phone, satellite phone, radio, etc ) in each mode of transportation for emergency contact and emergency equipment (first-aid kit(s), flash light, safety triangle, life ring/jacket, etc )

8.21.3.1   Vehicles and equipment shall not be left unattended with the engine running

**8.22  Safety Data Sheets (SDS).**  Contractor shall ensure that all Contractor products/materials supplied to the Work Site are accompanied with two copies of the SDS upon delivery  One copy is to be left with the Company representative

8.22.1   Contractor Group's personnel shall be instructed in the safe use of the chemicals in accordance with an appropriate written hazard communication program as dictated by local regulatory requirements

8.22.2   Contractor shall ensure that SDS for chemicals are reviewed by employees prior to exposure

**8.23  Inappropriate Behavior.**  Inappropriate behavior including, but not limited to, horseplay, practical jokes, offensive remarks, offensive gestures, etc. is prohibited while performing Work for the Company or while on Company property

**8.24  Smoking and Lighters/Matches.**  Smoking is only permitted in designated smoking areas  If permitted on the Work Site, lighters and matches should be stored in safe areas away from flammable or combustible materials  Electronic cigarettes are to be treated the same and shall only be used in designated areas

**8.25  Housekeeping.**  The Contractor shall ensure good housekeeping practices are conducted at the Work Site by all Contractor Group's personnel to provide for a safe and orderly working environment.  Aisles, emergency exits, and controls must be kept free of obstacles at all times  The Contractor shall leave all Work Sites clean, orderly and in good condition

**8.26  Compressed Gas & Air Cylinders.**  Compressed gas cylinders shall be properly used, maintained (mechanical integrity program), stored, handled and transported as designated by OSHA 29 CFR 1910 101-106, 1910 252, 1910 253 and 1926 350 or equivalent country, state/province, or local regulations

8.26.1   Compressed gas and air equipment shall be constructed in accordance with ASME Boiler & Pressure Vessel Code, Section VIII Edition 1968 or equivalent country, state/province, local or international laws or regulations  Equipment includes but is not limited to safety devices, flame arrestors, regulators, pressure gauges, check valves, pressure relief valves, labeling, etc

8.26.2   All compressed gas cylinders shall be returned promptly to a suitable/designated storage area when not in use.  Compressed gas cylinders shall be stored in the upright position and secured

8.26.3   Protective caps shall be placed over the cylinder valves when not in use or when being transported.

8.26.4   Compressed gas cylinders shall be stored away from heat, fire, molten metal or electrical lines

8.26.5   Compressed gas cylinders shall not be transported by mobile cranes unless a special carrier is used

DocuSign Envelope ID  A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

8.26.6     Oxygen and flammable gases shall be stored in areas separated by a minimum of twenty (20) feet or by a fire barrier rated for thirty (30) minutes

8.26.7     Acetylene or liquid compressed gas cylinders shall never be used in a horizontal position, as the liquid may be forced out through the hose causing a fire hazard or explosion

8.26.8     Oxygen/acetylene cutting torch lines shall include flash back arrestors at least at cylinder end The preference is the arrestor be on the torch side

8.26.9     Compressed air should not be used for cleaning clothing or parts of the body. If compressed air is used for cleaning, the discharge shall not exceed 30 psi (2 07 Bar) and eye/face protection shall be worn

**8.27**    **Storage, Use, and Labeling of Chemicals, and Hazardous/Flammable Materials.** Contractor shall ensure all hazardous and/or flammable materials/products are handled, dispensed and stored in accordance with OSHA 29 CFR 1910 106 and 1910 1200, or equivalent country, state/province, or local regulations

8.27.1     All chemicals, paints and hazardous/flammable materials shall be kept in appropriate containers, which are clearly labeled as to the respective contents, and stored in fit-for-purpose storage containers (uniquely identified, vented, etc ) Container labeling shall be consistent with OSHA, DOT, NFPA, or equivalent country, state/province, or local regulations.

**8.28**    **HES Related Equipment.** Contractor shall provide adequate and approved safety equipment for the performance of Work by Contractor Group's personnel, as is expressly required hereunder and as per OHSA, equivalent country, state/province, or local regulations, and Company Standards

8.28.1     Contractor shall ensure that all Contractor Group's personnel utilize, install, control and maintain in good and safe working condition- all equipment, located at or near the Work Site, required by regulation for the protection and safety of personnel This may include equipment for remediation, fire and gas (toxic and flammable) detection, firefighting, blowout prevention, well control, first aid, rescue, evacuation, eyewash stations, safety showers, etc

8.28.2     Contractor shall maintain this equipment as dictated by original equipment manufacturer standards and shall keep up-to-date service, maintenance and repair records of all said equipment

**8.29**    **Lifting and Hoisting**

8.29.1     When Contractor Group's personnel are working overhead, the area below shall be barricaded or other equivalent measures taken to protect workers on the Work Site.  No one shall be permitted to pass under any suspended load

8.29.2     Contractor shall maintain a lifting gear registry for all lifting gear owned and controlled by Contractor Group's on the Work Site. The registry shall include a list of all lifting gear, copies of equipment certificates (manufacturer, safe working load, serial number) and the inspection/recertification frequency

8.29.3     Each lifting device shall identify the manufacturer, safe working load, service/manufactured date and serial/identification number

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

**8.29.4** Lifting devices shall be managed in a formal maintenance program (i e in service – out of service date, color coding, rejection criteria, etc )

**8.29.5** Tail chains used on rig floor tuggers, winches, cranes, etc , must be attached to a certified lifting point and cannot be wrapped/choked around the load and/or back onto itself

**8.29.6** Tail chains are prohibited from use in all man riding operations

**8.29.7** All other application of chains shall be consistent with original equipment manufacturer (OEM) ratings, design and usage

**8.29.8** Lever type load binders are prohibited for use on all Company Work Sites

**8.29.9** Home-made or modified lifting devices are prohibited for use on all Company Work Sites

**8.29.10** Tag lines shall be used when moving or lifting equipment

**8.30 Dropped Objects.** Drilling, Completions and Well Servicing Contractors shall have a dropped object prevention program in place for all overhead or elevated tasks The program shall be in writing aligned with the global DROPS Online Best Practice (dropsonline org) and include, but not be limited to, the following

**8.30.1** Equipment suspended in overhead work (ex derrick, mast, substructure, towers, vessels, etc ) shall have a secondary means for retention, should the primary means fail, with safety securing means identified

**8.30.2** Red "no go" zones that are DROPS hazard areas identified during critical work activities and barricaded off via administrative controls

**8.30.3** An inventory of all equipment suspended in overhead work shall be maintained and regularly inspected and recorded Provision for an immediate re-inspection of the rig or equipment shall be required following any dropped object incident

**8.30.4** Tools and parts taken into the derrick, mast, or substructure for maintenance, repair and/or other activities shall be secured and inventoried to ensure that they are not left in elevated areas All tools used above the rig floor or elevated surface shall have DROPS protection

**8.30.5** Contractor will train employees annually on their dropped objects program and the requirements.

**8.31 Scaffolds or Platforms.** All scaffolds or platforms used for installation and maintenance or removal of machinery and equipment shall be erected, maintained, and used in compliance with OSHA or a country, state/province, local or international equivalent regulation. All scaffolds are to be inspected and tagged by a competent person prior to use and subsequently inspected by a competent person prior to each shift

**8.32 Safety Harnesses and Lifelines.** When working outside of properly guarded work platforms a full body safety harness and lifeline, complete with shock absorbing lanyard(s) or self-retracting lifeline, shall be provided by the Contractor and worn by all workers when working above six feet (6') (construction)or when walking on working surfaces higher than four feet (4)(general industry) without proper guarding

**8.33 Machine Guarding.** Contractor shall ensure that all Contractor's equipment machine guarding (permanent, temporary and portable) is properly installed and maintained Before removing guards to service guarded equipment, it shall be isolated, locked out, tagged out and tried

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

**8.34 Portable Hand Tools.** All portable hand tools shall have proper insulation, grounding and guarding as per manufacturer requirements All portable tools shall be properly maintained and used per manufacturer original design and intended purpose Tools shall be regularly inspected and damaged or worn tools shall be taken out of service No home-made or modified hand tools shall be used on the Work Site

**8.35 Radioactive Sources/Substances.** Contractor shall ensure all radioactive sources/substances provided or controlled by Contractor Groups are properly stored, handled and disposed of. Contractor shall ensure all Contractor Group's personnel are properly trained in radiation safety techniques Contractor shall notify the Company Work Site representative before bringing radioactive sources to the Work Site

    **8.35.1** Naturally Occurring Radioactive Material (NORM) shall be handled by certified/competent personnel only and shall be stored, handled, transported and disposed of as per local regulations.

    **8.35.2** Radioactive Non-Destructive Testing (NDT) and logging sources shall be handled by certified Contractors only as per their internal safety processes and procedures and shall comply with the API standards or equivalent country, state/province, or local regulations

**8.36 Management of Change (MOC)** Contractor shall have a formal MOC process implemented for all equipment changes (except for "replacement in kind"), process and procedural changes Contractor shall ensure no Contractor Group's equipment is used or modified outside of original equipment manufacturer design specifications

**8.37 Hydrogen Sulfide.** When the presence of hydrogen sulfide gas may exist at greater than 10 ppm in the wellbore, formation, facilities or production stream, the Contractor is responsible for ensuring that the Contractor Group's personnel are properly trained and qualified in accordance with, as applicable, Texas Railroad Commission State Wide Rule 36, NMAC 19 15 11, BLM Rule 6, ANSI Z390 1, or equivalent country, state/province, local regulations, and the Company H₂S Safety Procedure(s) Personal monitoring equipment shall be used by all contractor and subcontractor personnel Personal monitoring devices must be set to alarm at 10 ppm so the contractor and subcontractor personnel is alerted to vacate the area The H2S monitors shall be calibrated per the manufacturer's specifications At a minimum personal H2S monitors shall be "bump" tested at least monthly

**8.38 Fire Protection.** The Contractor shall, based on a Risk Assessment, provide and maintain fire protection equipment for Contractor's Work Fire protection shall be in compliance with all local regulatory requirements or equivalent NFPA requirements and shall be dedicated for firefighting use only

    **8.38.1** Hot work permits and a designated fire watch are required for Work that may introduce any source of ignition and occur outside designated safe areas

**8.39 Electrical Safety.**

    **8.39.1** If Contractor performs Work on electrical equipment, Contractor shall have an electrical safety program which identifies the levels of all electrical and associated tasks to be performed and the position qualified to perform each of these tasks as per OSHA/NEC, API 500, NFPA 70E or equivalent country, state/province, or local regulations

        **8.39.1.1** Contractor electricians shall be competent/certified/qualified to perform electrical activities on all Contractor Group's equipment on the Work Site as required by local regulations or equivalent OSHA/NEC standards.

        **8.39.1.2** When required by the Company, Contractor Group's personnel performing electrical energized work shall be required to register in the Company's Electrical Tier Program

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

8.39 1.3    Contractor is accountable to register and fully qualify all personnel, according to the program requirements, that may, at any point in time, provide energized (above 50v) or troubleshoot services for the Company when working on Oxy properties or leases

8.39.2    Employees working in areas where there are electrical hazards shall be provided with and shall use protective equipment that is designed and constructed for the specific part of the body to be protected and for the Work to be performed

8.39.3    Contractor Group's personnel shall consider all overhead power lines to be energized unless proper measures have been taken for de-energizing   When Work is being performed near energized overhead power-lines, any part of the crane, boom, mast, gin poles, suspended loads or machinery shall not be permitted within ten (10) feet (3 meters) of the power-lines   However, this safe working distance can increase according to voltage of the power lines (OSHA 29 CFR 1926 550 & 1910 181 or equivalent country, state/province, or local regulations)

8.39.4    Contractor shall ensure no masts are raised, lowered or positioned within the natural fall lane of energized overhead electrical lines

8.39.5    Contractor shall ensure that all Contractor Group's personnel will use only portable ladders, scaffolding or other elevating devices, made of non-conductive material when working around energized electrical equipment.

8.39.6    Precautions shall be taken to ensure that all equipment used is properly grounded and that accidental contact with ungrounded electrical sources is prevented

8.39.7    Contractor shall ensure all Contractor Group's electrical components, tools and PPE are maintained in a safe working condition

8.40   **Security.**  Contractor shall provide safe and secure working conditions for the Contractor's Group's personnel at all Company Work Sites  The Contractor shall report to the Company any actual or suspected unlawful or unauthorized activity by the Contractor Group's personnel or other personnel at or near any Work Site, regardless whether a loss has occurred  Unlawful or unauthorized activity shall include

8.40.1    Arson, assault, battery, breaking and entering, burglary, commercial bribery, conflict of interest, electronic surveillance, wiretapping, embezzlement, extortion, forgery, fraud, hijacking involving the Company aircraft, vehicles, or vessels, homicide, industrial espionage, inventory shortage or manipulation, kickbacks, kidnapping, larceny or theft, possession, use or sale of dangerous drugs or narcotics, sabotage, threat of serious bodily harm, unauthorized possession or use of a dangerous weapon on the property owned or occupied by the Company, use of the Company's assets without authority or for unauthorized purposes, vandalism, etc

8.40.2    Actual or suspected loss or compromise of information that could result in damage or embarrassment to the Company

8.40.3    Attempts to counsel, solicit, plan or commit any of the above offenses

## 9.0  Emergency Planning and Response

9.1   **Emergency Action Plan.**  Contractor in conjunction with the Company shall ensure the Contractor and Company Emergency Action Plans (EAP) are aligned and that all Contractor Group's personnel clearly understand their roles and responsibilities in an emergency

DocuSign Envelope ID  A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

**9.1.1**    Contractor shall ensure all emergency notification and evacuation procedures are posted in Contractor Work Site offices and communicated to all Contractor Group's personnel at the Work Site

**9.1.2**    Contractor EAP shall include but not be limited to

**9.1.2.1**    Weather/Natural Disasters

**9.1.2.2**    Emergency Medical Management

**9.1.2.3**    Fire/Explosion

**9.1.2.4**    Security

**9.1.2.5**    Hydrogen Sulfide Exposure

**9.1.2.6**    Environmental Spills/Releases

**9.1.2.7**    Equipment/Structure Damage

**9.1.2.8**    Communication/Emergency Contact Lists

**9.1.2.9**    Evacuation provisions/procedures for all applicable scenarios

**9.2**    **Emergency Drills.** The Contractor shall conduct periodic safety drills, frequency and scope of which shall be agreed upon by the Business Unit and the Contractor

## 10.0  Environmental Management.

**10.1**    Contractor shall act responsibly in order to minimize any adverse environmental impact to the Work Site which may arise from the Work   Contractor shall ensure that all appropriate local, state, federal, or international environmental permits, licenses, registrations necessary for Contractor to perform the Work have been obtained before Work begins.

**10.2**    All Work and maintenance shall be completed in such a manner as to avoid contamination of land sites and surface/subterranean fresh water zones through proper and best practices and by adhering to laws, regulations, and other applicable industry equivalent standards such as API, EPA, MARPOL, etc.

**10.3**    Spills or releases by the Contractor Group's shall be reported to the Company, as per these HES Requirements and cleaned up immediately  Recovered material shall be properly disposed of by the party responsible for the spill, at their expense

**10.4**    Contractor shall ensure that open pits at the Work Site, remain free of debris, empty containers, household/industrial trash, waste oils, hazardous chemicals, etc.

**10.5**    When requested by the Company, Contractor shall install sound absorption and mitigation devices

**10.6**    Contractor shall have in place a waste management program for Contractor-generated waste, which addresses waste streams classification, storage, labeling, disposal and/or recycling procedures

**10.6.1**    All waste Non-Hazardous materials generated during the course of Contractor's Work on Company Sites will be collected by Contractor Group's personnel and deposited in Company provided Non-Hazardous waste storage containers as per Company instructions

DocuSign Envelope ID A2D71E1D-7AB9-4929-AA45-4DB1AEB17072

**10.6.2** All waste Hazardous Materials generated during the course of Contractor's Work on Company Sites will be collected by Contractor Group's personnel and deposited in Company provided Hazardous waste storage containers as per Company instructions

**10.6.3** Proper storage, labeling, transport and disposal of Hazardous Materials brought on Company Sites by Contractor Group shall be the responsibility of the Contractor

**10.7** Contractor shall ensure all Contractor Group's owned or controlled tanks or vessels for fuel and lubricants storage are properly maintained (mechanical integrity program), closed, installed at ground level and provided with secondary containment (berms, dikes, diversionary structures or equivalent measures) capable of containing 110% of the capacity of the largest tank or vessel, as per EPA SPCC 40 CFR part 112 or equivalent country, state/province, local or international laws/regulations. Tanks or vessels shall comply with all technical and safety requirements to avoid excessive evaporation, contamination, explosion or spill and releases. Contractor shall inspect these tanks periodically and any accumulation of fuel, oil or hazardous substances shall be removed to preclude eventual overflows and seepage into the ground

**10.8** Contractor shall ensure all wash down water and other water derived from execution of Work is to be controlled and managed in such a manner as to prevent direct discharge to land, inland rivers, lakes or seas

**10.9** Contractor shall not allow any member of the Contractor Group to hunt, fish, trap, trade animals, harass, feed, or keep wild animals in captivity on the Company facilities, locations or leases

**10.10** Contractor shall respect and follow applicable environmental laws, regulations and procedures for protecting archeological, cultural and natural resources such as artifacts, historical landmarks, cultural places, protected ecosystems, wildlife habitats, threatened or endangered species, etc

CAUSE NO. 202586379

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO.

1043613

TRACKING NO: 74573009

| Plaintiff: | In The 157thJudicial District |
| LIBERTY OILFIELD SERVICES LLC | Court of Harris County, TX |
| vs. | |
| Defendant: | |
| BERKLEY NATIONAL INSURANCE COMPANY | Houston, Texas |

### CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To:   BERKLEY NATIONAL INSURANCE COMPANY BY SERVING THROUGH THE TEXAS SECRETARY OF STATE
JAMES E RUDDER BUILDING
1019 BRAZOS STREET ROOM 105 AUSTIN TEXAS 78701
FORWARD TO: REGISTERED AGENT IN STATE OF IOWA MICHELLE RODEMYER
        11201 DOUGLAS AVE, URBANDALE IA 50322

        Attached is a copy of ORIGINAL PETITION.

This instrument was filed on November 12, 2025 in the above cited cause number and court.
The instrument attached describes the claim against you.

        YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you. In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit. These disclosures generally must be made no later than 30 days after you file
your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued onNovember 13, 2025, under my hand and seal of said court.



Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline,  Houston TX 77002
(POBox 4651, Houston, TX 77210)

Issued at the request of:
TAUBENFELD, DAVID ROSS NOEL
2323 VICTORY AVE. SUITE 700
DALLAS, TX  75219-3789
214-651-5531
Bar Number: 19679450

Generated By:

CAUSE NO. <u>202586379</u>

| | | |
|---|---|---|
| LIBERTY OILFIELD SERVICES, LLC, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| vs. | § | **157TH JUDICIAL DISTRICT** |
| | § | |
| | § | |
| BERKLEY NATIONAL INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| **Defendant(s).** | § | **HARRIS COUNTY, TEXAS** |

## RETURN OF SERVICE

Came to my hand on **Thursday, November 13, 2025 at 6:28 PM,**
Executed at the address of 1019 Brazos Street, 1st Floor Lobby, Austin, Travis County, Texas 78701 at 10:30 AM, on Friday, November 14, 2025, by delivering to the within named:

**BERKLEY NATIONAL INSURANCE COMPANY**

by delivering to **THE TEXAS SECRETARY OF STATE**
by personally delivering to its Authorized Agent, **Veneta Moss**

true duplicate copies of this

**CITATION (SECRETARY OF STATE NON-RESIDENT) and LIBERTY OILFIELD SERVICES LLC'S ORIGINAL PETITION AGAINST BERKLEY NATIONAL INSURANCE COMPANY with EXHIBITS A through E**

having first endorsed upon both copies the date of delivery, and tendering the Statutory Fee of $55.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Ryan McColm, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, November 17, 2025

By: _____

**Ryan McColm - PSC 6317 - Exp 01/31/27**
served@specialdelivery.com

Tracking Number: 74573009

CAUSE NUMBER: 202586379

PLAINTIFF: LIBERTY OILFIELD SERVICES LLC  
    vs.  
DEFENDANT: BERKLEY NATIONAL INSURANCE COMPANY

In the 157th  
Judicial District Court of  
Harris County, Texas

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M. on the _____ day of _____,
20_____.           Executed           at
Address)_____ in
_____ County at o'clock ___.M. on the _____ day of
_____, _____ 20_____,     by     Summoning     the
_____ Delivering to
_____in person a corporation By leaving in the
principal office during office hours_____ of the
said_____ a true copy of this notice, together with
accompanying copy of _____To certify which I
affix my hand officially this _____day of _____, 20___.

Fees $_____

_____  
        Affiant

By_____  
                    Deputy

On this day, _____, known to me to be the
person whose signature appears on the foregoing return, personally appeared. After being by
me duly sworn, he/she stated that this citation was executed by him/her in the exact manner
recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20__

_____  
                    Notary Public

**RETURN / AFFIDAVIT  
PROOF / ATTACHED**